91. Plaintiffs Robert and Patricia Davis are individuals residing in Fenton, Michigan.

92. Plaintiff Joseph Decker is an individual residing in Chesterfield, Michigan.

93. Plaintiff Robert Lee Deranek is an individual residing in Ann Arbor, Michigan.

94. Plaintiff Justin DeWitte is an individual residing in Macomb, Michigan.

95. Plaintiffs Timothy and Delynn Dindoffer are individuals residing in West Bloomfield, Michigan.

96. Plaintiff William DiSalvatore is an individual residing in Bayside, Michigan.

97. Plaintiffs Abram and Anna Dobrusin are individuals residing in West Bloomfield, Michigan.

98. Plaintiffs Bryce H. and Josephine Dockins are individuals residing in Houghton Lake, Michigan.

99. Plaintiff Steven Fink is an individual residing in West Bloomfield, Michigan.

100. Plaintiff Gregory Fogle is an individual residing in Mt. Pleasant, Michigan.

101. Plaintiff Justin R. Fogle is an individual residing in West Bloomfield, Michigan.

102. Plaintiffs Anne A. and Daniel K. Giles are individuals residing in White Lake, Michigan.

103. Plaintiffs Eleanor and Fred Goren are individuals residing in Bloomfield, Michigan.

104. Plaintiffs Richard and Catherine Hambley are individuals residing in Monterey, Michigan.

105. Plaintiffs Robert and Carol Harris are individuals residing in Redford, Michigan.

106. Plaintiff David Hattie is an individual residing in Waterford, Michigan.

14

107. Plaintiff James M. Heppard is an individual residing in West Bloomfield, Michigan.

108. Plaintiffs Harry and Madeline Hill are individuals residing in Lincoln Park, Michigan.

109. Plaintiffs Brent and Tracy Hodge are individuals residing in Brighton, Michigan.

110. Plaintiffs Lisa and Michael Horgan are individuals residing in Laketown, Michigan.

111. Plaintiff Wallace Howe is an individual residing in Flushing, Michigan.

112. Plaintiffs Heather and Joseph Hunter are individuals residing in Ann Arbor, Michigan.

113. Plaintiff Richard W. Jedowolaski, Jr. is an individual residing in San Francisco, California.

114. Plaintiff Samuel Kirk is an individual residing in Euless, Texas.

115. Plaintiff Denise M. Kizy is an individual residing in Beverly Hills, Michigan.

116. Plaintiff Joseph Kubani is an individual residing in Highland, Michigan.

117. Plaintiffs Eric and Kay Kutinsky are individuals residing in Southfield, Michigan.

118. Plaintiffs Brian and Kristine Lambrecht are individuals residing in Orion, Michigan.

119. Plaintiff Diana Landsberg is an individual residing in South Lyon, Michigan.

120. Plaintiffs Mark and Robin LaRaia are individuals residing in Clarkston, Michigan.

121. Plaintiff David Lawrence is an individual residing in Clarkston, Michigan.

122. Plaintiffs Michael and Yvonne Lax are individuals residing in Plymouth, Michigan.

123. Plaintiff Nancy Leverence is an individual residing in Ray, Michigan.

124. Plaintiff Demetrios Liaros is an individual residing in Bradenton, Florida.

125. Plaintiff Claire Lipten is an individual residing in West Bloomfield, Michigan.

126. Plaintiffs Gregory and Patricia L. Little are individuals residing in Rochester Hills, Michigan.

127. Plaintiffs Penny S. and Steven L. Lundberg are individuals residing in Shelby Township, Michigan.

128. Plaintiffs William F. and Judith A. MacAdam are individuals residing in Chocowinity, North Carolina.

129. Plaintiffs Frank Manchel are individuals residing in West Bloomfield, Michigan.

130. Plaintiff Salvatore Mannino is an individual residing in Taylor, Michigan.

131. Plaintiff David McGahey is an individual residing in Clarkston, Michigan.

132. Plaintiff Valerie McGuire is an individual residing in Sterling Heights, Michigan.

133. Plaintiff Vern McKeever is an individual residing in Highland, Michigan.

134. Plaintiff Matthew Meyer is an individual residing in Oxford, Michigan.

135. Plaintiff Sidney Miller is an individual residing in Fairfield Glade, Tennessee.

136. Plaintiff Teresa Mitchell is an individual residing in Madison Heights, Michigan.

137. Plaintiffs Brian and Catheryne Nicholson are individuals residing in San Carlos, California.

138. Plaintiff Thomas O'Bryan is an individual residing in Beverly Hills, Michigan.

139. Plaintiffs Lisa and Thomas O'Conner are individuals residing in Andover, Michigan.

140. Plaintiffs Bruce A. and Judy A. Olson are individuals residing in Troy, Michigan.

16

141.    Plaintiff John H. Ostrander is an individual residing in West Bloomfield, Michigan.

142.    Plaintiff Sally Pauls is an individual residing in Rochester Hills, Michigan.

143.    Plaintiffs Donald and Daphne Peterson are individuals residing in Santa Rosa, California.

144.    Plaintiff Suzanne Pew is an individual residing in Milford, Michigan.

145.    Plaintiffs James and Ronda Phipps are individuals residing in Commerce Township, Michigan.

146.    Plaintiffs Dolores and Stanley Pielack are individuals residing in Grand Blanc, Michigan.

147.    Plaintiffs George and Lisette Poletes are individuals residing in Brighton, Michigan.

148.    Plaintiffs Deborah and Jeff Pousho are individuals residing in Brighton, Michigan.

149.    Plaintiff Nancy A. Reid is an individual residing in Ann Arbor, Michigan.

150.    Plaintiff Rose Rhodes is an individual residing in Highland, Michigan.

151.    Plaintiffs Mary Ann and Walter Rickens are individuals residing in Onaway, Michigan.

152.    Plaintiff Judy Ann Rogers is an individual residing in Waterford, Michigan.

153.    Plaintiff Robert E. Rose is an individual residing in Sterling Heights, Michigan.

154.    Plaintiff Philip J. Ruehl is an individual residing in Walled Lake, Michigan.

155.    Plaintiff David Saar is an individual residing in Rochester Hills, Michigan.

156.    Plaintiff Gordon Scarlett is an individual residing in Okemos, Michigan.

17

157. Plaintiff Markus Schlipphak is an individual residing in Troy, Michigan.

158. Plaintiff Diana Schroder is an individual residing in Clarkston, Michigan.

159. Plaintiffs Beverly and Thomas Shaver are individuals residing in Clarkston, Michigan.

160. Plaintiff John Sholander is an individual residing in Troy, Michigan.

161. Plaintiff Steven Shuster is an individual residing in West Bloomfield, Michigan.

162. Plaintiffs Ralph and Shirley Silvey are individuals residing in Ann Arbor, Michigan.

163. Plaintiffs Bryan and Jennifer Smith are individuals residing in Bloomfield Hills, Michigan.

164. Plaintiff Terrance Smith is an individual residing in Southfield, Michigan.

165. Plaintiffs Gorden E. and Rosemary C. Snavely are individuals residing in Southfield, Michigan.

166. Plaintiffs Jeanne H. and Kenneth J. Snider are individuals residing in Middleburg Heights, Ohio.

167. Plaintiff John Sokolik is an individual residing in South Lyon, Michigan.

168. Plaintiff Stuart Sprague is an individual residing in Chicago, Illinois.

169. Plaintiffs Linda and William St. Louis are individuals residing in Rochester Hills, Michigan.

170. Plaintiff Steven T. Sundberg is an individual residing in Troy, Michigan.

171. Plaintiff John Thomas is an individual residing in Milford, Michigan.

172. Plaintiffs William and Beverly Tuori are individuals residing in Galena, Illinois.

173. Plaintiff Steve Velasco is an individual residing in Shelby Township, Michigan.

18

174.    Plaintiff James Velthoven is an individual residing in White Lake, Michigan.

175.    Plaintiff Michael Velthoven is an individual residing in Berkley, Michigan.

176.    Plaintiff Paul Viviano is an individual residing in Shelby Township, Michigan.

177.    Plaintiffs Darryl and Marrianna Webb are individuals residing in Royal Oak, Michigan.

178.    Plaintiffs Ryan and Julie Webb are individuals residing in Ann Arbor, Michigan.

179.    Plaintiff Mark Weiss is an individual residing in West Bloomfield, Michigan.

180.    Plaintiffs James and Mary White are individuals residing in Clarkston, Michigan.

181.    Plaintiff Ronald Winters is an individual residing in Fenton, Michigan.

182.    Plaintiffs Christopher and Julie Zerba are individuals residing in Ortonville, Michigan.

183.    Plaintiff Yvonne Zerba is an individual residing in Waterford, Michigan.

184.    Plaintiff Joe Zielkowski is an individual residing in Sun City Center, Michigan.

185.    Plaintiff Robert Zielkowski is an individual residing in Howell, Michigan.

186.    Plaintiff Atlantis Communications Project LLC is a limited liability corporation · organized under the laws of Michigan.

187.    Plaintiff Beverly Howe Trust is a Michigan Trust.

188.    Plaintiff BGLG LLC is a limited liability corporation organized under the law of Michigan.

189.    Plaintiff BJW Investments LLC is a limited liability corporation organized under the laws of Michigan.

190.    Plaintiff California Hilton Communications LLC is a limited liability corporation organized under the laws of Michigan.

19

191.    Plaintiff DCMD Communications LLC is a limited liability corporation organized under the laws of Michigan.

192.    Plaintiff Dynamics Financial LLC is a limited liability corporation organized under the laws of Nevada.

193.    Plaintiff Engineering By The Ruehls Inc. is a corporation organized under the laws of Michigan.

194.    Plaintiff Florida Hilton Communications LLC is a limited liability corporation organized under the laws of Michigan.

195.    Plaintiff Gordon E. Snavely Family Trust is a Michigan Trust.

196.    Plaintiff Gotham City Communications LLC is a limited liability corporation organized under the laws of Michigan.

197.    Plaintiff Hale Trust is a Michigan Trust.

198.    Plaintiff Hambley Family Trust is a California Trust.

199.    Plaintiff Italian Project Telecom LLC is a limited liability corporation organized under the laws of Michigan.

200.    Plaintiff Just Investments Solutions LLC is a limited liability corporation organized under the laws of Michigan.

201.    Plaintiff Macau Island Communications Project LLC is a limited liability corporation organized under the laws of Michigan.

202.    Plaintiff Marvin and Marsha Trimas Trust is a Michigan Trust.

203.    Plaintiff MT Investment Group LLC is a limited liability corporation organized under the laws of Michigan.

204.    Plaintiff Natalie Carroll Trust is a Michigan Trust.

1512539.01

205. Plaintiff Peterson Family Trust is a California Trust.

206. Plaintiff Pielack Family Trust is a Michigan Trust.

207. Plaintiff Rosemary C. Snavely Family Trust is a Michigan Trust.

208. Plaintiff Ski Tec Inc. is a corporation organized under the law of Michigan.

209. Plaintiff SPECS Inc. is a corporation organized under the laws of Michigan.

210. Plaintiff TBNJ Telecom LLC is a limited liability corporation organized under the laws of Michigan.

211. Plaintiff Wallace E. Howe Trust is a Michigan Trust.

212. Plaintiffs invested in 154 LLCs offered on or after March 1, 2005. As reflected in Exhibit A, each of those investments generated a loss to each investor. Further, none of the memoranda offering units in those LLCs disclosed that the LLC was merely a Ponzi-schem vehicle with no actual business operations. To the contrary, each represented that the LLC was in the business of purchasing, leasing and maintaining telecommunications or related equipment. An example of such misrepresentation is set forth in Paragraph 223 *infra*.

### Defendants

213. Defendant Doeren Mayhew & Company, P.C. is a professional corporation organized under the laws of the State of Michigan. Doeren Mayhew's principal place of business is located in Oakland County, Michigan. Doeren Mayhew's registered agent is their Managing Director, Mark Crawford, with a mailing address at Doeren Mayhew's principal place of business in Troy, Michigan.

214. Defendant Todd R. Fox is an individual who resides in Oakland County, Michigan. He is a director at Doeren Mayhew and his principal place of business is in Troy,

21

Michigan.  In addition, Mr. Fox is the Secretary/Treasurer of Defendant SamJack Investments, Inc.

215.    Defendant James P. O'Rilley is an individual who resides in Oakland County, Michigan.  He is a director at Doeren Mayhew and his principal place of business is in Troy, Michigan.  Mr. O'Rilley is also the President of Defendant SamJack Investments, Inc.

216.    Defendant Joanne Fox is an individual who resides in Oakland County, Michigan. She acted under the direction of her husband, Todd Fox, and James O'Rilley in a business capacity at all relevant times herein.

217.    Defendant Nancy O'Rilley is an individual who resides in Oakland County, Michigan.  She acted under the direction of her husband, James O'Rilley, and Todd Fox in a business capacity at all relevant times herein.

218.    Defendant SamJack Investments, Inc. is a for-profit corporation organized under the laws of the State of Michigan.  SamJack's principal place of business is located in Oakland County, Michigan.  SamJack's registered agent is Mr. O'Rilley.

## FACTUAL BACKGROUND

219.    During the period between 1998 (or earlier) and July 2007, offering materials which offered interests in more than 200 LLCs were caused to be prepared and issued to potential investors by (i) Doeren Mayhew, acting through its directors Messrs. Fox and O'Rilley, and (ii) Ed May, an individual residing in Oakland County, Michigan.

220.    Doeren Mayhew was directly involved with the drafting and structuring of these offering documents.  For example, in October 2006, Ed May delivered a draft "new offering" to James O'Rilley, asking Mr. O'Rilley to review the draft and, further, to compose anew certain sections.  Mr. O'Rilley then wrote Ed May and Todd Fox that "I've made changes" and asked

22

both to "review and let me know if anything requires a change." This practice of community drafting by Messrs. O'Rilley, Fox and May was observed with each offering memorandum.

221. In addition to drafting offering memoranda, Messrs. Fox and O'Rilley handled tax matters for the LLCs and participated in developing multi-year business "plans".

222. Because these investment offerings were viewed by the Securities Exchange Commission ("SEC") as constituting offerings of securities within the meaning of federal securities laws, the SEC commenced an investigation into the issue of whether these offerings were false and misleading. The SEC concluded that the offerings were false and misleading because, *inter alia*, none of the offering materials disclosed that the LLC's were not operating businesses but were, instead, Ponzi-scheme vehicles (as more fully set forth in a civil complaint filed by the SEC in the United States District Court for the Eastern District of Michigan, civil action no. 07-CV-14954-JF).

223. The offering materials for the LLCs in which plaintiffs invested did in fact conceal that such LLCs were Ponzi-scheme shells which, as such, would not have any operating income or revenue-generating plant or equipment. As noted, this fact was further concealed through affirmative representations of existing fact as to the purpose of each LLC in each offering document.* By way of example, the New Jersey Project Three LLC's offering documents proclaimed:

---

* Plaintiffs' fraud claims are based on the non-disclosure in the offering materials (that Doeren Mayhew, James O'Rilley, and Todd Fox participated in the preparation of) that what was being offered was an interest in a shell Ponzi-scheme vehicle. Thus, plaintiffs' claims are not based on any written "instrument" within the meaning of M.C.R. 2.113(F). For this reason, and the additional reason that there are *154* different offering memoranda implicated by these claims, attaching each offering memorandum to this pleading is neither required nor practical. Moreover, no defendant will deny that *none* of the offering memoranda revealed that the investor's investment would be dedicated to a Ponzi scheme.

23

## PURPOSE OF THE VENTURE

THIS VENTURE IS CREATED FOR THE SOLE PURPOSE OF PURCHASING EQUIPMENT TO PROVIDE HARD LINE TELEPHONE AND HARD WIRE AND WIRELESS INTERNET SERVICES AS WELL AS DVD KIOSK COMPONENTS TO THE PROPERTIES DESCRIBED IN THE INVESTMENT RECAP.

The "Investment Recap" for this same project made factual representations to the effect that an existing agreement was in place for the LLC to service eight specific "Hilton or Homewood Hotels" throughout New Jersey with telephone and internet services. This same offering document went on to recite that, in support of the "agreement" with the "Hotels," the following capital expenditure had been made:

## PURCHASE PAYMENT REQUIREMENTS AND PROJECT DISTRIBUTIONS

PAYMENT FOR EQUIPMENT:   $ 100,000.00 DEPOSIT PAID, ENTIRE BALANCE BEING PAID JANAURY 26, 2006

224.   Doeren Mayhew, through Messrs. Fox and O'Rilley, recommended and caused the "LLC" form of the investment vehicle used in the Ponzi scheme. The offering materials boasted that the decision to use this form arose from "Doeren Mayhew." The following passage appeared in the opening pages of the New Jersey Project Three LLC, as well as other offering documents that Doeren Mayhew caused to be prepared, ratified and disseminated to investors:

24

1512539.01

THE ACCOUNTING FIRM OF DOEREN MAYHEW, C.P.A.S OF TROY, MICHIGAN HAS RECOMMENDED THAT THE ENTITY BE A MICHIGAN LIMITED LIABILITY COMPANY.

225. Doeren Mayhew also made marketing decisions relative to the Ponzi-scheme LLC's. For example, Doeren Mayhew, through Messrs. Fox and O'Rilley, orchestrated and participated in "dog-and-pony" or "road" shows targeting investors perceived to be the most vulnerable to the lure of the "guaranteed high-return" investments being offered. These in-person marketing initiatives included dinners and barbeques at various restaurants and other locations in the Detroit area at which Doeren Mayhew, through Mr. Fox, would speak individually to potential investors to tout, based upon the "history" of the LLCs' "operating performance," the wisdom of taking a new position or maintaining an existing position in the Ponzi-scheme LLC's. At one point, Mr. Fox and Mr. O'Rilley delegated their investor-solicitation function to their wives. Potential investors were provided with "800" telephone numbers (888-233-8569 and 866-792-4183) one of which was connected to a telephone stationed in the home of Mr. and Mrs. Fox. Both Joanne Fox and Nancy O'Rilley answered investors calls placed to these lines. Each would answer by making the pitch, that Doeren Mayhew already had formulated, for landing investors, or would answer questions about the LLCs to reassure and retain those who already had invested. Other such in-person marketing initiatives of Doeren Mayhew were executed by Ed May, the co-manager of the scheme, with Doeren Mayhew's knowledge, advice and consent.

226. In response to questions posed to Ed May at a March 2008 deposition about whether a conspiracy existed between him and Doeren Mayhew to defraud investors and to

25

destroy selected electronic and other evidence of this enterprise, respectively, Mr. May invoked the Fifth Amendment.

227.   Doeren Mayhew's imprimatur on the offering and its intimacy with the management of the businesses was affirmatively touted to investors in the offering documents themselves. For example, offering documents represented that Doeren Mayhew had knowledge of operations sufficient to vouch for the legitimacy of the offering vis-à-vis the "other" LLCs comprising the Ponzi-scheme enterprise and, thus, that investors could – and should – rely on communications from "Doeren Mayhew" in making their investment decision. The content of that clause, in relevant part, is set forth below:

**RELIANCE ON INFORMATION**

**PERSONS SEEKING INFORMATION RELATIVE TO THE BACKGROUND AND EXPERIENCE OF THE PROMULGATOR OF THIS PROJECT MAY CALL MR. TODD FOX OF DOEREN MAYHEW CPAS AT 248-244-3064. MR. FOX IS AUTHORIZED TO ANSWER ANY QUESTIONS ABOUT THE OTHER ENTITIES MANAGED BY THE OFFEROR.**

228.   The representation directing investors to Doeren Mayhew was itself material. It is standard in the industry for major CPA firms, like Doeren Mayhew, to only accept clients engaged in acceptable activities and who are willing to provide appropriate financial statements with adequate disclosures. Doeren Mayhew never suggested to investors that they should have lower expectations for it, nor could Doeren Mayhew make such a suggestion. After all, Doeren Mayhew's own internal "Quality Control Policies and Procedures" provides that it will provide services only to advance "acceptable activities" on behalf of businesses that "are willing to provide appropriate financial statements with adequate disclosures." Thus, Plaintiffs could, and did, reasonably rely upon this statement as being a material representation of fact by Doeren Mayhew as to the legitimacy of the LLCs in making their decision to invest.

26

1512539.01

229.    Another presumptive basis for Doeren Mayhew's knowledge of each of the Ponzi-scheme LLC's operations was Doeren Mayhew's acknowledged access to all of the "records" of each LLC, including bank account statements for each LLC.  In each of the offering documents, it was represented that Doeren Mayhew not only had such "records" access, but also, as the designated "accountants" for the LLCs, had the responsibility for "keeping" each LLC's financial records.   In addition, Doeren Mayhew was responsible for keeping each LLC's books of account, and for doing so "in accordance with Generally Accepted Accounting Principles" ("GAAP").  Further, investors were informed that Doeren Mayhew was responsible for preparing quarterly financial statements for all of the companies, including balance sheets and profit and loss statements.

230.    Doeren Mayhew's familiarity with the financial records of the LLCs was orally amplified from time-to-time by Todd Fox.  Mr. Fox told investors that he checked the LLCs' financial records regularly.  He also told at least one Plaintiff-investor, Thomas Howe in June, 2005, that he had developed a "depreciation table" that allowed Doeren Mayhew to plot depreciation of plant and equipment used in the LLCs' business operations -- even though, in fact, there were no business operations and, thus, no financial records reflecting any purchases or use of plant or equipment by any LLC.  Mr. Fox also represented that he maintained the "invoices" necessary to determine five-year 'Modified Accelerated Cost Recovery System' depreciation for the LLCs' assets for tax purposes.  Unbeknownst to plaintiffs at the time, no such invoices existed.  Defendants also never disclosed that the books of account that they maintained reflected that none of the LLCs ever incurred an expense for repairing or replacing even a single one of the hundreds of thousands of telephones during any one of the many years that the 154 (fictitious) leases purportedly subsisted.

27

1512539.01

231.   Doeren Mayhew further parlayed its intimate knowledge of the Ponzi scheme LLCs' operations into control over that scheme via its role in cash-flow management. For example, when the occasional investor failed to "rollover" an existing position into a new position (in a new LLC offering), the immediate consequence was a cash-flow interruption that would potentially threaten *all* LLCs. Doeren Mayhew's "plan" was used to resolve such cash flow problems in or before 2006. Of course, Doeren Mayhew could not ever propose a plan without first acquainting itself with the details of the flow of cash into and out of each LLC – an analysis which, if sincerely undertaken, would further illuminate the Ponzi scheme.

232.   Messrs. Fox and O'Rilley also delegated to their wives the task of writing the checks that disbursed the cash that flowed through the Ponzi scheme from one LLC to another. This required up-to-the-minute knowledge, acquired from their respective husbands and from the books and records being kept under the charge of Doeren Mayhew, of the cash flow position of each LLC – facts which would further illuminate the Ponzi scheme.

233.   With respect to one or more of the LLCs whose units were offered to investors after March 1, 2005, Doeren Mayhew had, at some point in time after March 1, 2005, possession, custody or control of reports or records created by the LLC purporting to reflect financial activity during the period between the date of the offering memorandum and the date that the first distribution for that LLC was made.

234.   Indeed, with respect to *all* LLCs whose units were offered to investors after March 1, 2005, Doeren Mayhew had, at some point in time after March 1, 2005, possession, custody or control of reports or records created by the LLC purporting to reflect financial activity during the period between the date of the offering memorandum and the date that the first distribution for that LLC was made.

1512539.01

235.    With respect to one or more of the LLCs whose units were offered to investors after March 1, 2005, James O'Rilley had, at some point in time after March 1, 2005, possession, custody or control of reports or records created by the LLC purporting to reflect financial activity during the period between the date of the offering memorandum and the date that the first distribution for that LLC was made.

236.    Indeed, with respect to *all* LLCs whose units were offered to investors after March 1, 2005, Mr. O'Rilley had, at some point in time after March 1, 2005, possession, custody or control of reports or records created by the LLC purporting to reflect financial activity during the period between the date of the offering memorandum and the date that the first distribution for that LLC was made.

237.    With respect to one or more of the LLCs whose units were offered to investors after March 1, 2005, Todd Fox had, at some point in time after March 1, 2005, possession, custody or control of reports or records created by the LLC purporting to reflect financial activity during the period between the date of the offering memorandum and the date that the first distribution for that LLC was made.

238.    Indeed, with respect to *all* LLCs whose units were offered to investors after March 1, 2005, Mr. Fox had, at some point in time after March 1, 2005, possession, custody or control of reports or records created by the LLC purporting to reflect financial activity during the period between the date of the offering memorandum and the date that the first distribution for that LLC was made.

239.    With respect to one or more of the LLCs whose units were offered to investors after March 1, 2005, SamJack had, at some point in time after March 1, 2005, possession, custody or control of reports or records created by the LLC purporting to reflect financial activity

29

during the period between the date of the offering memorandum and the date that the first distribution for that LLC was made.

240.    Indeed, with respect to *all* LLCs whose units were offered to investors after March 1, 2005, SamJack had, at some point in time after March 1, 2005, possession, custody or control of reports or records created by the LLC purporting to reflect financial activity during the period between the date of the offering memorandum and the date that the first distribution for that LLC was made.

241.    With respect to one or more of the LLCs whose units were offered to investors after March 1, 2005, Joann Fox had, at some point in time after March 1, 2005, possession, custody or control of reports or records created by the LLC purporting to reflect financial activity during the period between the date of the offering memorandum and the date that the first distribution for that LLC was made.

242.    Indeed, with respect to *all* LLCs whose units were offered to investors after March 1, 2005, Mrs. Fox had, at some point in time after March 1, 2005, possession, custody or control of reports or records created by the LLC purporting to reflect financial activity during the period between the date of the offering memorandum and the date that the first distribution for that LLC was made.

243.    With respect to one or more of the LLCs whose units were offered to investors after March 1, 2005, Nancy O'Rilley had, at some point in time after March 1, 2005, possession, custody or control of reports or records created by the LLC purporting to reflect financial activity during the period between the date of the offering memorandum and the date that the first distribution for that LLC was made.

244.    Indeed, with respect to *all* LLCs whose units were offered to investors after March 1, 2005, Mrs. O'Rilley had, at some point in time after March 1, 2005, possession, custody or control of reports or records created by the LLC purporting to reflect financial activity during the period between the date of the offering memorandum and the date that the first distribution for that LLC was made.

245.    Armed with this unique (and damning) knowledge respecting each of the 154 Ponzi-scheme LLCs, Doeren Mayhew made certain that it would be the entity that would prepare the annual "K-1" tax returns for each LLC – including the return that would be prepared and submitted for each individual investor.   In the Schedule K-1, the Internal Revenue Service requires full and accurate disclosure of "ordinary business income (loss)" of the reporting LLC, as well as the share of the LLC's "ordinary business income (loss)" that is allocable to the individual taxpayer.  Doeren Mayhew delivered K-1 forms to individual investors, directly and on "Doeren Mayhew" letterhead.  This required bank reconciliations that would (again) illuminate the fraud.  In addition, to preparing K-1s for each investor, Doeren Mayhew was responsible for preparing the LLCs' returns as well.  In order to accomplish this, Doeren Mayhew was required to reconcile the books and records, to identify classify and calculate depreciation for each LLC's assets, and identify any "other deductions."  In the case of a Ponzi-scheme LLC, there cannot be any "ordinary business income" or, for that matter, any ordinary business loss. Yet, for purposes of providing comfort to investors in maintaining their current investments in existing LLC's and rolling-over proceeds to new LLCs, Doeren Mayhew reported that nearly all LLCs actually did earn "ordinary business income," while a few incurred "ordinary business loss.

31

246. Eight of the plaintiffs (identified at Paragraph 254 *infra*) specifically retained Doeren Mayhew to act as their own accountant. With respect to these plaintiffs, Doeren Mayhew provided tax advice relative to such plaintiffs' investments in the Ponzi-scheme LLCs and, again, affirmatively represented the "ordinary business income" that had been "earned" by each LLC in which such plaintiffs had invested.

247. Another consequence of this evil was that plaintiff investors paid taxes on "income" that, in fact, did not exist.

248. Although the plaintiff investors lost millions, Doeren Mayhew and its principals (and their wives) profited nicely. The full extent of their profiteering is not yet known. What is known, however, is that Doeren Mayhew had a direct interest in the volume of offerings as they received at least $600-to-$1500 per LLC annually from the proceeds invested in each LLC. According to the offering materials, this was an up-front fee for the work that Doeren Mayhew would later perform for the investor (and the LLC) in preparing the LLC's annual K-1 tax return. Considering the total volume of investments that were made through the Ponzi scheme over the years and the total number of investors involved, Doeren Mayhew likely pocketed millions of dollars for its numerous (and false) K-1 reports.

249. To hide yet additional compensation for "services" performed by Doeren Mayhew principals and their delegatee wives, "SamJack Investments, Inc." was formed. SamJack was the entity that received fees scheduled as "management fees" for the various LLCs. Ostensibly, SamJack "managed" the LLCs -- but the personnel comprising SamJack were, as noted, the same persons (and their wives) holding themselves out as doing the work required of "Doeren Mayhew."

32

250. One of SamJack's "management" responsibilities involved entering income and expenses for each LLC using the commercial QuickBooks accounting software. Among the books of account for each LLC that Messrs. Fox and O'Rilley and their wives maintained using this software was a "cash" register that tracked, *inter alia*, all "expenses" incurred by the LLC. Notably, none of the "cash" registers reflects any of the expenditures that an entity in the business of purchasing and leasing telephone equipment would incur in the ordinary course of such business. To the extent defendants were not already fully aware of the scheme, these records constituted "red flags." Yet, when Doeren Mayhew signed-off on the K-1 returns, it necessarily represented—falsely—that all "red flags" had been investigated and determined by Doeren Mayhew to be innocuous.

251. By operation of the misrepresentations in the offering memoranda (and in the prior K-1 tax returns), defendants Doeren Mayhew, Todd Fox and James O'Rilley engineered an illegal offering of interests in Ponzi-scheme LLCs. As such, the interests so offered had no legitimate market value, inasmuch as the interests necessarily would have no value if the truth had been revealed that they were interests in a Ponzi-scheme. By operation of the post-offering misrepresentations, made by these same defendants, plaintiffs also were misled into maintaining their "investment" position, rather than divesting. Indeed, had defendants disclosed the truth about these "investments," each plaintiff would have immediately sought rescission.

252. Investors paid for their interests in the sham LLCs using checks delivered to Ed May, Doeren Mayhew, SamJack and/or E-M. These checks were routinely routed via U.S. mail. Similarly, the "distribution" checks, which defendants caused to be mailed to individual investors, were routed via U.S. Mail. Thus the Ponzi-scheme enterprise involved a flow of cash and misrepresentations between Michigan, on the one hand, and one of seven different states, on

33

the other hand: Florida, New York, New Jersey, South Carolina, California, Illinois, and Texas. Those are the foreign states where one or more of the plaintiffs resided and, thus, where the investments were solicited and the distribution checks sent.

253.    Each month since at least January 2004, Nancy O'Rilley and Joanne Fox mailed "distributions," in the form of checks written by SamJack, to investors. In late 2006 and early 2007, SamJack made preparations to institute a "direct deposit" system to pay investors' distributions. This preparation involved Mrs. Fox and Mrs. O'Rilley each receiving training in online automated clearing house ("ACH") procedures to allow them to effect direct deposits, also known as electronic fund transfers or "wire transfers," directly to bank accounts held by or for individual investors. By as early as February 2007, Mrs. Fox and Mrs. O'Rilley had completed this training and had complete access to the bank accounts of each of the LLCs and many of the investors. Mrs. Fox and Mrs. O'Rilley used their access to the accounts to test transfers to ensure they were ready to transition the "distributions" to this new "direct deposit" system. These multiple "wire transfer" tests were all performed in an effort to sustain the viability of the Ponzi-scheme LLCs.

254.    In 2004, the managing member of Atlantis Communications Project LLC, California Hilton Communications LLC, Macau Island Communications Project LLC, DCMD Communications LLC, Florida Hilton Communications LLC, TBNJ Telecom LLC, Italian Project Telecom LLC and Gotham City Communications LLC (collectively the "Investing LLCs")—all investors in various LLCs comprising the Ponzi scheme enterprise—retained Messrs. Fox and O'Rilley at Doeren Mayhew to perform accounting services. The Investing LLCs engaged Doeren Mayhew in reliance on Mr. Fox's representations about his history with the May LLCs, his knowledge of the depreciation methodology used for tax treatment of all of

34

the May LLCs, and his professed intimate involvement with the handling of the May LLCs accounting functions. Throughout this representation by Doeren Mayhew, Mr. Fox specifically advised the Investing LLCs that the financial condition of the May LLCs warranted that the Investing LLCs maintain—and not sell—their positions in the May LLCs.

255.    Notwithstanding that Doeren Mayhew owed a duty of due care in the performance of the professional accounting services provided to the Investing LLCs, Doeren Mayhew failed to act upon the various "red flags" that were presented to it (as noted above). This failure to act with due care resulted in Doeren Mayhew misstating the financial conditions of the entities in which the Investing LLCs held interests. Inasmuch as the information provided to the Investing LLCs relied upon the underlying accounting work performed by Doeren Mayhew on behalf of the Ponzi-scheme LLCs, Doeren Mayhew's failure to act with due care in that work compounded the errors they committed in support of their relationship with the Investing LLCs. Had Doeren Mayhew acted with reasonable care, it would have discovered (to the extent it did not already know) that the May LLCs were nothing more than a Ponzi-scheme enterprise. Further, once in possession of this knowledge, Doeren Mayhew was obligated to immediately reveal the nature of the scheme to the Investing LLCs. Certainly, had Doeren Mayhew apprised the Investing LLCs that they were investing in units of an illegal Ponzi-scheme, these entities—and indeed all of those who invested—would have immediately demanded rescission which could have allowed them to recover all, or at least a substantial portion, of the investments herein claimed as damages.

256.    By mid-2007, the level of new investments had dropped below the rate necessary to sustain the Ponzi scheme, precluding the LLCs from issuing dividends and distributions. At about the same time, Ed May approached Plaintiffs Herbert Rechter, Morton Freedman, Irwin

35

Goren, Ronald Licht, Gil Mayor and non-party Marvin Freedman seeking a personal loan of up to $3 million. Ed May proposed paying monthly on this loan for a period of 6 years. Ed May represented this loan was to help him solve the "temporary" "cash flow problems" being experienced by the LLCs. These plaintiffs turned to Doeren Mayhew to understand the facts pertaining to the "cash flow problems" and, thus, whether a $3 million loan would resolve the problem. Mr. Fox told these plaintiffs that, in fact, "everything was fine," in terms of the LLC's business operations, but there was a "cash flow problem" because the enterprise had "grown too fast." Mr. Fox further stated that if a loan of at least $1 million were made, the problem would be resolved. He added that if such a loan were made, he could use Joanne Fox and Nancy O'Rilley to immediately write distribution checks that would bring investors current.

257.   Based upon Mr. Fox's factual representations about the cause of the "cash flow problems" and the current viability of the LLCs, Plaintiffs Herbert Rechter, Morton Freedman, Irwin Goren, Ronald Licht, Gil Mayor and non-party Marvin Freedman agreed to make a loan to Ed May for approximately $1 million.

258.   Ed May took the money but defaulted on the loan after making a single payment of 5-percent to each of Messrs. Rechter, Freedman, Goren, Licht, Mayor and Freedman. May made no other payments and has since declared bankruptcy.

259.   Plaintiff investors began contacting Doeren Mayhew in late 2007 to inquire about the tax year 2007 K-1 tax forms for their investments in the various May LLCs which the plaintiffs already have paid Doeren Mayhew to prepare. Doeren Mayhew informed those investors that, despite their agreement to prepare K-1's not just for the LLCs but also for each investor, they will not provide the individual K-1s that plaintiffs must file on or before April 15,

36

2008. Doeren Mayhew also has not offered to refund the payments made by investors to fund that K-1 preparation work.

## COUNT I

### (On Behalf of All Plaintiffs and as Against Defendants Doeren Mayhew, Todd Fox and James O'Rilley: Fraud)

260. The allegations of paragraphs 1–259 are hereby incorporated herein as if fully re-alleged in this count.

261. Doeren Mayhew, Todd Fox and James O'Rilley made material representations to Plaintiff investors.

262. The representations made by Doeren Mayhew, Todd Fox and James O'Rilley were false.

263. At the time Doeren Mayhew and Messrs. Fox and O'Rilley made their representations, they knew the representations were false, or they made the representations recklessly without knowledge of the truth.

264. Doeren Mayhew, Todd Fox and James O'Rilley made these representations with the intention that the Plaintiff investors would act on them to maintain or take a new position in the Ponzi scheme LLCs.

265. Plaintiff investors reasonably relied upon these misrepresentations made by Doeren Mayhew, Todd Fox and James O'Rilley when they made their investment decisions to make their investments in the various Ponzi scheme LLCs and to hold onto their existing positions when, if the truth had been told, they would have liquidated their positions.

266. If the truth had been told, the LLCs had no market value whatsoever at the time they were sold to plaintiffs.

37

267. Plaintiffs suffered direct and cognizable harm, including commissions, mental anguish and lost opportunities, as a result of their reliance upon the fraudulent representations of Defendants Doeren Mayhew, Todd Fox and James O'Rilley. The extent of such damages, which is in excess of $25,000, shall be proved at trial. Plaintiffs suffered additional injuries, such as mental anguish and lost business and investment opportunities, which cannot be redressed with certainty by an award of compensatory damages. Such damages are sought in an amount to be determined by the jury.

## COUNT II

### (On Behalf of All Plaintiffs and As Against Defendants Doeren Mayhew, Todd Fox and James O'Rilley, (in the Alternative): Negligent Misrepresentation)

268. The allegations of paragraphs 1–267 are hereby incorporated herein as if fully re-alleged in this count.

269. Doeren Mayhew, Todd Fox and James O'Rilley made material representations to Plaintiffs.

270. Doeren Mayhew, Todd Fox and James O'Rilley owed a duty of care to Plaintiff investors when they made these material representations.

271. Doeren Mayhew, Todd Fox and James O'Rilley failed to exercise reasonable care in making the representations to Plaintiffs.

272. Plaintiff investors reasonably, justifiably and detrimentally relied upon the representations made by Doeren Mayhew, Todd Fox and James O'Rilley when they invested in the various Ponzi scheme LLCs.

273. Plaintiffs suffered direct and cognizable harm, including commissions, mental anguish and lost opportunities, as a result of their reasonable, justifiable and detrimental reliance upon the negligent misrepresentations of Defendants Doeren Mayhew, Todd fox and James

38

1512539.01

O'Rilley.   The extent of such damages, which is in excess of $25,000, shall be proved at trial. Plaintiffs suffered additional injuries, such as mental anguish and lost business and investment opportunities, which cannot be redressed with certainty by an award of compensatory damages. Such damages are sought in an amount to be determined by the jury.

## COUNT III

### (On Behalf of All Plaintiffs and As Against All Defendants: Aiding and Abetting)

274.   The allegations of paragraphs 1–273 are hereby incorporated herein as if fully re-alleged in this count.

275.   Plaintiff investors were defrauded through the scheme detailed in paragraphs 1-100.

276.   But for the conduct of the Defendants described above, the fact and/or extent of the injury inflicted by the fraudulent Ponzi scheme would not have been realized.   Thus, Defendants' conduct, as set forth above, substantially assisted in the perpetration of the primary fraud.

277.   Defendants rendered such substantial assistance with knowledge and/or reckless disregard of the facts establishing the primary tort.

278.   Plaintiffs suffered damages in excess of $25,000 as more fully set forth in paragraph 267.

## COUNT IV

### (On Behalf of All Plaintiffs and As Against All Defendants: Conspiracy to Commit Fraud)

279.   The allegations of paragraphs 1–278 are hereby incorporated herein as if fully re-alleged in this count.

39

280. Defendants agreed in fact, among themselves and with Ed May, to commit the fraud described in Count I herein.

281. The conduct of Defendants more fully set forth above included overt acts in furtherance of this agreement.

282. Plaintiffs suffered damages in excess of $25,000, as more fully described in paragraph 267.

## COUNT V

### (On Behalf of All Plaintiffs and As Against All Defendants: Civil RICO (18 U.S.C. §§ 1962 (b), (c) and (d))

283. The allegations of paragraphs 1–282 are hereby incorporated herein as if fully re-alleged in this count.

284. Doeren Mayhew, SamJack, Nancy O'Rilley, Joanne Fox, Todd Fox and James O'Rilley, collectively with one another, constituting an association in fact, through multiple acts of mail fraud constituting a pattern of racketeering activity, have acquired interest in and control over the Ponzi-scheme LLCs, a RICO enterprise which is engaged in or affects interstate commerce.

285. Doeren Mayhew, SamJack, Nancy O'Rilley, Joanne Fox, Todd Fox and James O'Rilley, collectively or in conspiracy with one another, constituting an association in fact, through the Ponzi-scheme LLCs, the RICO enterprise, have committed two or more acts of mail fraud constituting a pattern of racketeering activity (spread out over 154 multi-state offerings spanning two-plus years), and have participated in a racketeering enterprise, the activities of which affect interstate commerce.

286. Through the pattern of activities detailed in paragraphs 203-253, Doeren Mayhew, SamJack, Nancy O'Rilley, Joanne Fox, Todd Fox and James O'Rilley acquired control of, and

40

participated directly and indirectly in the conduct of the affairs of, the Ponzi scheme LLCs—a RICO enterprise.

287. Plaintiffs each suffered direct and cognizable injury in their business or property as a result of Defendants' intentional violations of 18 U.S.C. § 1962, which damages have been suffered in an amount in excess of $25,000 as will be proved at trial. Plaintiffs seek treble damages as well as the award of costs to include reasonable attorney's fees in accordance with 18 U.S.C. § 1964(c).

## COUNT VI

**(On Behalf of Plaintiffs Atlantis Communications LLC, California Hilton Communications LLC, Macau Island Communications Project LLC, DCMD Communications LLC, Florida Hilton Communications LLC, TBNJ Telecom LLC, Italian Project Telecom LLC, and Gotham City Communications LLC and as Against Defendants Doeren Mayhew, Todd Fox and James O'Rilley: Professional Negligence)**

288. The allegations of paragraphs 1–287 are hereby incorporated herein as if fully re-alleged in this count.

289. The Investing LLCs retained Doeren Mayhew, Todd Fox, and James O'Rilley to perform professional accounting services related to these Plaintiffs' investments in the May LLCs.

290. As the accountants for the Investing LLCs, Doeren Mayhew, Todd Fox and James O'Rilley owed a duty of care to these clients.

291. Doeren Mayhew, Todd Fox and James O'Rilley failed to exercise due care in the performance of professional accounting services to the Investing LLCs.

292. The Investing LLCs suffered direct and cognizable harm as a result of the failure of Defendants Doeren Mayhew, Todd Fox and James O'Rilley to exercise due care in the

41

performance of professional accounting services. The extent of such damage, which is in excess of $25,000, shall be proved at trial.

## COUNT VII

**(On Behalf of Plaintiffs Herbert Rechter, Morton Freedman, Gilbert Mayor, Irwin Goren, and Ronald Licht and as Against Defendants Doeren Mayhew and Todd Fox: Fraudulent Inducement of Loan Agreement)**

293. The allegations of paragraphs 1–292 are hereby incorporated herein as if fully re-alleged in this count.

294. Doeren Mayhew, through its director Todd Fox, made material representations of fact to Plaintiffs Herbert Rechter, Morton Freedman, Gilbert Mayor, Irwin Goren, and Ronald Licht.

295. The representations made by Todd Fox to Plaintiffs Herbert Rechter, Morton Freedman, Gilbert Mayor, Irwin Goren, and Ronald Licht were false.

296. When Todd Fox made these representations, he knew the representations were false or made them recklessly without knowledge of the representations' truth and as positive assertions.

297. Todd Fox made these representations with the intention that Plaintiffs Herbert Rechter, Morton Freedman, Gilbert Mayor, Irwin Goren, and Ronald Licht would act on them in deciding to extend a loan to Ed May.

298. Plaintiffs Herbert Rechter, Morton Freedman, Gilbert Mayor, Irwin Goren, and Ronald Licht reasonably relied upon these misrepresentations made by Todd Fox when they extended a personal loan to Ed May.

299. Plaintiffs Herbert Rechter, Morton Freedman, Gilbert Mayor, Irwin Goren, and Ronald Licht suffered direct and cognizable harm, including mental anguish and lost

42

1512539.01

opportunities, as a result of their reliance upon the material misrepresentations made by Defendants Doeren Mayhew and Todd Fox. The extent of such damage, which is in excess of $25,000, shall be proved at trial. Plaintiffs suffered additional injuries, such as mental anguish and lost business and investment opportunities, which cannot be redressed with certainty by an award of compensatory damages. Such damages are sought in an amount to be determined by the jury.

## COUNT VIII

### (On Behalf of All Plaintiffs except the Investing LLCs and As Against Defendant Doeren Mayhew: Breach of Contract as a Third-Party Beneficiary)

300. The allegations of paragraphs 1–299 are hereby incorporated herein as if fully re-alleged in this count.

301. Doeren Mayhew contracted with the Ponzi-scheme LLCs to prepare K-1 tax returns for the tax year 2007 for all LLCs that were active in 2007, and to submit those returns directly to each investor on or before April 15, 2008.

302. Doeren Mayhew breached the terms of this contract.

303. As owners of units in the Ponzi-scheme LLCs, plaintiff investors were intended third-party beneficiaries of the contract to prepare K-1 tax returns for the tax year 2007.

304. A mandatory injunction directing Doeren Mayhew to prepare K-1s for all LLCs active in 2007 is necessary to preserve the status quo because, under their current obligations, Doeren Mayhew is required to prepare the forms.

305. Plaintiff investors will suffer significant loss and serious inconvenience if Doeren Mayhew is not ordered to specifically perform under the contract to prepare the aforementioned K-1s.

43

1512539.01

306.    Doeren Mayhew will not suffer any injury by specifically performing their obligations under the contract to provide federally mandated tax forms for which Doeren Mayhew has already been paid.

## COUNT IX

**(On Behalf of All Plaintiffs except the Investing LLCs and As Against Defendant Doeren Mayhew, (In the Alternative): Unjust Enrichment)**

307.    The allegations of paragraphs 1–306 are hereby incorporated herein as if fully re-alleged in this count.

308.    Doeren Mayhew has been pre-paid, with money paid by investors and passed through the Ponzi scheme LLCs, to prepare K-1 tax returns for the tax year 2007 for all LLCs that were active in 2007, and to submit those returns directly to each investor on or before April 15, 2008.

309.    It is inequitable to allow the Doeren Mayhew Defendants to retain the money the Plaintiff investors paid, pursuant to the scheme Doeren Mayhew was itself orchestrating, without providing "K-1" tax preparation services to them.   Disgorgement of the moneys would be similarly inequitable because Plaintiffs still must provide the K-1s to the Internal Revenue Service when they file their taxes on April 15 and no other accounting firm has the information needed to prepare the forms.

310.    If Doeren Mayhew is not ordered to prepare the Schedule K-1s, Plaintiff investors will have to retain (at great expense) alternate accounting firms, who will not be able to prepare accurate Schedule K-1s in time to meet IRS filing deadlines.

311.    A mandatory injunction directing Doeren Mayhew to prepare K-1s for all LLCs active in 2007 is necessary to preserve the status quo because, under their current obligations, Doeren Mayhew is required to prepare the forms.

44

1512539.01

312.   Plaintiff investors will suffer significant loss and serious inconvenience if Doeren Mayhew is not ordered to prepare the aforementioned K-1s.

313.   Doeren Mayhew will not suffer any injury by performing their obligations to provide federally mandated tax forms for which Doeren Mayhew has already been paid.

## COUNT X

**(On Behalf of Plaintiffs Atlantis Communications LLC, California Hilton Communications LLC, Macau Island Communications Project LLC, DCMD Communications LLC, Florida Hilton Communications LLC, TBNJ Telecom LLC, Italian Project Telecom LLC, and Gotham City Communications LLC and as Against Defendant Doeren Mayhew: Breach of Contract)**

314.   The allegations of paragraphs 1–313 are hereby incorporated herein as if fully re-alleged in this count.

315.   The Investing LLCs retained Doeren Mayhew, Todd Fox, and James O'Rilley to perform professional accounting services related to these Plaintiffs' investments in the May LLCs, to include preparation of tax returns tax year 2007.

316.   Doeren Mayhew breached that contract.

317.   It is inequitable to allow the Doeren Mayhew Defendants to retain the money the Investing LLCs paid for the agreed to accounting services, without providing tax preparation services to them.   Disgorgement of the moneys would be similarly inequitable because the Investing LLCs still must provide K-1s to the Internal Revenue Service when they file their taxes on April 15 and no other accounting firm has the information needed to prepare the forms.

318.   If Doeren Mayhew is not ordered to prepare the Schedule K-1s, the Investing LLCs will have to retain (at great expense) alternate accounting firms, who will not be able to prepare accurate Schedule K-1s in time to meet IRS filing deadlines.

45

319.    A mandatory injunction directing Doeren Mayhew to prepare K-1s is necessary to preserve the status quo because, under their current obligations, Doeren Mayhew is required to prepare the forms.

320.    The Investing LLCs will suffer significant loss and serious inconvenience if Doeren Mayhew is not ordered to specifically perform under the contract.

321.    Doeren Mayhew will not suffer any injury by specifically performing under the contract.

WHEREFORE, Plaintiffs seek the following relief:

A.      A money judgment in their favor and against Defendants, jointly and severally, in an amount exceeding $25,000, plus punitive and/or exemplary damages, plus interest costs and reasonable attorneys' fees;

B.      For Counts I, III, IV, and VII, exemplary damages of not less than $20 million;

C.      For Count, treble damages and costs, to include reasonable attorney's fees in accordance with 18 U.S.C. § 1964(c).

C.      For Counts VIII, IX, and X, a mandatory injunction requiring Doeren Mayhew to prepare and deliver Schedule K-1s for each of the LLCs active in 2007; and

D.      Such other and further relief in law or equity as the Court deems just and proper.

1512539.01

## DEMAND FOR JURY TRIAL

Plaintiffs respectfully request a trial by jury of all issues so triable.

Respectfully Submitted,

By:

R. Christopher Cataldo (P39353)
Jaffe, Raitt, Heuer & Weiss, PC
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
(248) 351-3082 fax
E-mail: ccataldo@jaffelaw.com

Dated:  March 12, 2008

AND

John W. Schryber, Esq.
David C. Silver, Esq.
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6436
(202) 457-6315 fax
E-mail: jschryber@pattonboggs.com

AND

Scott L. Silver, Esq.
Blum & Silver, LLP
12540 West Atlantic Boulevard
Coral Springs, FL 33071
(954) 255-8181
(954) 255-8175 fax
E-mail: silver@stockattorneys.com

*Counsel for Plaintiffs*

47

1512539.01

A

| Last Name | First Name(s) | Investment Entity | LLC Invested In | Amount Invested | Amount Received | Variance |
|---|---|---|---|---|---|---|
| Abrams | Henry | | Florida Group Six LLC | $44,520.00 | $18,212.54 | ($26,307.46) |
| Abrams | Henry | | Florida Group TX LLC | $47,600.00 | $17,219.58 | ($30,380.42) |
| Abrams | Michael | | H.P. New Project Five LLC | $24,250.00 | $0.00 | ($24,250.00) |
| Abrams | Michael | | W.H. New Project Four LLC | $25,550.00 | $0.00 | ($25,550.00) |
| Abrams | Michael | | Florida Group Six LLC | $44,520.00 | $18,212.54 | ($26,307.46) |
| Abrams | Michael | | Florida Group TX LLC | $47,600.00 | $17,219.58 | ($30,380.42) |
| Acker | John & Kari | Just Investment Solutions LLC | | | | |
| Adelman | Brian | | W.H. New York Project Five LLC | $48,500.00 | $0.00 | ($48,500.00) |
| Adelman | Brian | | W.H. New York Project Four LLC | $51,100.00 | $0.00 | ($51,100.00) |
| Adelman | Brian | | Grand Lofts Two LLC | $72,000.00 | $3,355.44 | ($68,644.56) |
| Adelman | Brian | | W.H. New York Project Three LLC | $99,440.00 | $0.00 | ($99,440.00) |
| Adelman | Brian | | W.H. New York Project LLC | $102,600.00 | $0.00 | ($102,600.00) |
| Adelman | Brian | | Bahamas Project Two LLC Part 2 | $122,000.00 | $0.00 | ($122,000.00) |
| Adelman | Brian | | Bahamas Project Two LLC Part 2 | $122,000.00 | $5,436.00 | ($116,564.00) |
| Adelman | Brian | | Florida Group Four LLC | $128,000.00 | $78,439.00 | ($49,561.00) |
| Adelman | Brian | | Florida Group Seven LLC | $128,000.00 | $27,664.15 | ($100,335.85) |
| Adelman | Brian | | Florida Group Five LLC | $135,000.00 | $60,238.75 | ($74,761.25) |
| Adelman | Brian | | Florida Group Six LLC | $135,560.00 | $54,637.62 | ($80,922.38) |
| Adelman | Brian | | Florida Group TX LLC | $142,800.00 | $51,658.74 | ($91,141.26) |
| Adelman | Brian | | China Project One LLC | $160,000.00 | $18,155.00 | ($141,845.00) |
| Adelman | Brian | | Florida Group Three LLC | $176,000.00 | $127,028.12 | ($48,971.88) |
| Alron Connecticut LLC | | | Connecticut Project LLC | $282,000.00 | $105,744.00 | ($176,256.00) |
| Alron Hilton Florida LLC | | | Florida TX Group LLC | $238,000.00 | $86,097.90 | ($151,902.10) |
| Alron Hilton Florida LLC | | | Florida Group Five LLC | $270,000.00 | $120,477.50 | ($149,522.50) |
| Alron Hilton Florida LLC | | | Florida Group Six LLC | $311,640.00 | $127,487.78 | ($184,152.22) |
| Alron Hilton Florida LLC | | | Florida Group Project Three LLC | $440,000.00 | $317,570.30 | ($122,429.70) |
| Alron Hilton Florida LLC | | | Florida Group Four LLC | $448,000.00 | $274,536.50 | ($173,463.50) |
| Arya | Prashant & Smriti | SPECS Inc | | | | |
| Atlantis Communications Project LLC | | | ATL Project One LLC | $213,750.00 | $9,429.00 | ($204,321.00) |
| Augustyn | Jeffrey & Patricia | | H.P. Project Conrad/Homewood Two LLC | $24,000.00 | $0.00 | ($24,000.00) |
| Augustyn | Jeffrey & Patricia | | H.P. Project Twenty LLC | $28,520.00 | $13,428.00 | ($15,092.00) |
| Avgoustis | Gus | | W.H. Europe Project LLC | $20,000.00 | $0.00 | ($20,000.00) |
| Balogh | Beth | | H.P. Project Ten LLC | $31,280.00 | $20,926.41 | ($10,353.59) |
| Barker | Lauren | | W.H. Project Four LLC | $33,000.00 | $0.00 | ($33,000.00) |
| Barker | Michael & Katherine | | Desert Project Ten LLC | $24,180.00 | $23,964.44 | ($215.56) |
| Barker | Michael & Katherine | | Desert Project Ten LLC | $24,180.00 | $23,964.44 | ($215.56) |
| Barker | Michael & Katherine | | Wynn Project LLC | $44,620.00 | $38,598.28 | ($6,021.72) |
| Baron | Sam | | H.P. New York Project LLC | $20,520.00 | $0.00 | ($20,520.00) |
| Bengala | Mario & Amy | | H.P. Project Thirty Five LLC | $27,760.00 | $3,671.82 | ($24,088.18) |
| Bengala | Mario & Amy | | H.P. Project Eighteen LLC | $29,000.00 | $14,691.62 | ($14,308.38) |
| Bengala | Mario & Amy | | L.V. MGM Grand LLC | $49,450.00 | $29,314.54 | ($20,135.46) |
| Berger | Tim | | H.P. Project Thirty One | $26,890.00 | $5,911.05 | ($20,978.95) |
| Bergin | Mark | | W.H. Europe One LLC | $23,190.00 | $0.00 | ($23,190.00) |
| Bergin | Mark | | ATL Project One LLC | $29,500.00 | $2,534.00 | ($26,966.00) |
| Bergin | Mark | | A.S. Project One LLC | $32,000.00 | $1,201.00 | ($30,799.00) |
| Bergin | Mark | | Cable Beach Project LLC | $34,000.00 | $12,942.20 | ($21,057.80) |
| Bergin | Mark | | H.P. Project Twenty Nine LLC | $56,400.00 | $15,254.00 | ($41,146.00) |
| Bertucci | Loretta | | H.P. Project Twenty Nine LLC | $28,200.00 | $8,910.00 | ($19,290.00) |
| Bertucci | Loretta | | Cal Indi Two LLC | $29,580.00 | $8,083.59 | ($21,496.41) |
| Bertucci | Loretta | | H.P. Project Twenty Six LLC | $33,400.00 | $12,542.52 | ($20,857.48) |
| Beverly Howe Trust | | Beverly Howe | H.P. Project Virginia LLC | $32,600.00 | $12,012.68 | ($20,587.32) |
| BGLG, LLC | | Eric I. Kutkinsy | Florida Group Five LLC | $13,500.00 | $6,011.00 | ($7,489.00) |
| BGLG, LLC | | Eric I. Kutkinsy | Bahamas Project LLC | $14,100.00 | $1,854.09 | ($12,245.91) |
| BGLG, LLC | | Eric I. Kutkinsy | Florida Group Seven LLC | $16,000.00 | $3,459.25 | ($12,540.75) |
| BGLG, LLC | | Eric I. Kutkinsy | Florida Group Project Three LLC | $22,600.00 | $13,817.00 | ($8,783.00) |
| BGLG, LLC | | Eric I. Kutkinsy | Florida Group Six LLC | $22,260.00 | $10,132.80 | ($12,127.20) |
| Bittker | Ronald E. | | Florida Group Seven LLC | $32,000.00 | $4,151.13 | ($27,848.87) |
| Bittker | Ronald E. | | Bahamas Project Two LLC | $62,000.00 | $0.00 | ($62,000.00) |

| Last Name | First Name(s) | Investment Entity | LLC Invested In | Amount Invested | Amount Received | Variance |
|---|---|---|---|---|---|---|
| Bittker | Ronald E | | Bahamas Project Two LLC | $62,000.00 | $0.00 | ($62,000.00) |
| BJW Investments LLC | | William & Christine Wyzer | AMB Project Four LLC | $24,840.00 | $24,796.74 | ($43.26) |
| BJW Investments LLC | | William & Christine Wyzer | AMB Project Seven LLC | $25,280.00 | $22,617.00 | ($2,663.00) |
| BJW Investments LLC | | William & Christine Wyzer | H.P. Project Two LLC | $49,500.00 | $0.00 | ($49,500.00) |
| BJW Investments LLC | | William & Christine Wyzer | Desert Project One LLC | $56,640.80 | $56,465.84 | ($174.96) |
| Bohn | Thomas & Mary | MT Investment Group | | | | |
| Borowy | Keith & Karen | | H.P. Project Eleven LLC | $31,360.00 | $16,443.59 | ($14,916.41) |
| Burgess | Patrick & Patricia Adams | | W.H. Project Six LLC | $33,360.00 | $0.00 | ($33,360.00) |
| Burgess | Patrick & Patricia Adams | | W.H. Project Eight LLC | $34,500.00 | $0.00 | ($34,500.00) |
| Burns | Jean | | H.P. Project Thirty Six LLC | $33,920.00 | $4,647.00 | ($29,273.00) |
| Busch | Tonia | | SRS Project Four LLC | $18,300.00 | $16,714.58 | ($1,585.42) |
| Busch | Tonia | | H.P. Hawaii Project Two LLC | $34,080.00 | $7,832.80 | ($26,247.20) |
| California Hilton Communications LLC | | | Cal Project One LLC | $235,200.00 | $4,856.00 | ($230,344.00) |
| Canzano | Linda | | Other May LLCs | $30,000.00 | $2,880.00 | ($27,120.00) |
| Carroll | David | Get Your Red On LLC | | | | |
| Carroll | Natalie | Natalie Carroll Trust | | | | |
| Carter | Matthew | | Other May LLCs | $31,400.00 | $20,227.24 | ($11,172.76) |
| Carter | Philip | | H.P. Project Seven LLC | $57,700.00 | $22,700.46 | ($34,999.54) |
| Ceccacci | Riccardo J. | | H.P. Project Sixteen LLC | $30,280.00 | $15,687.45 | ($14,592.55) |
| Christie | Eugene F. & Judith W. | | Desert Project Ten LLC | $22,930.00 | $22,700.46 | ($229.54) |
| Christie | Eugene F. & Judith W. | | AMB Project Eight LLC | $25,640.00 | $23,163.64 | ($2,476.36) |
| Christie | Eugene F. & Judith W. | | H.P. Project Seven LLC | $30,260.00 | $20,594.60 | ($9,665.40) |
| Christie | Eugene F. & Judith W. | | H.P. Virginia Project LLC | $31,600.00 | $12,012.68 | ($19,587.32) |
| Colman | Andrew & Deborah | | Bahamas Project LLC | $47,000.00 | $2,000.00 | ($45,000.00) |
| Colyer | Michelle | | H.P. Project Twenty Nine LLC | $14,600.00 | $3,813.50 | ($10,786.50) |
| Colyer | Michelle | | H.P. Project Conrad/Homewood LLC | $27,960.00 | $0.00 | ($27,960.00) |
| Cress, RN CNN | Ilene | | H.P. Project Fourteen LLC | $30,000.00 | $12,516.12 | ($17,483.88) |
| Cress, RN CNN | Ilene | | H.P. Project Sixteen LLC | $30,000.00 | $12,840.39 | ($17,159.61) |
| Cress, RN CNN | Ilene | | H.P. Project Twenty Three LLC | $31,000.00 | $13,511.88 | ($17,488.12) |
| Crocker | Gary | | W.H. Europe One LLC | $30,920.00 | $0.00 | ($30,920.00) |
| Crocker | Gary | | H.P. Project Conrad/Homewood Three LLC | $50,800.00 | $0.00 | ($50,800.00) |
| Czapla | Jim | | H.P. Project Twenty Five LLC | $28,200.00 | $10,657.40 | ($17,542.60) |
| Czapla | Jim | | ATL Project One LLC | $28,500.00 | $5,068.00 | ($23,432.00) |
| Czapla | Jim | | W.H. Project Three LLC | $30,000.00 | $2,767.68 | ($27,232.32) |
| Czapla | Jim | | Asia Project One LLC | $32,000.00 | $1,201.00 | ($30,799.00) |
| Czapla | Jim | | H.P. Project Conrad/Homewood Two LLC | $36,000.00 | $0.00 | ($36,000.00) |
| Davis | Robert & Patricia | | H.P. Hawaii Project LLC | $22,000.00 | $11,891.48 | ($10,108.52) |
| Davis | Robert & Patricia | | W.H. Project Six LLC | $33,000.00 | $0.00 | ($33,000.00) |
| DCMD Communications LLC | | | Florida Group Five LLC | $243,000.00 | $99,796.00 | ($143,204.00) |
| Decker | Joseph | | H.P. Project Twenty Nine LLC | $28,200.00 | $8,887.00 | ($19,313.00) |
| Deranek | Robert Lee | | ATL Project LLC | $58,000.00 | $5,068.01 | ($52,931.99) |
| DeWitte | Justin | | W.H. Europe LLC | $60,000.00 | $0.00 | ($60,000.00) |
| Dindoffer | Timothy & Delynn | | H.P. Project Twenty Six LLC | $50,100.00 | $19,289.64 | ($30,810.36) |
| DiSalvatore | William | | H.P. Project Twenty Five LLC | $28,200.00 | $5,200.00 | ($23,000.00) |
| DiSalvatore | William | | H.P. Project Twenty Four LLC | $29,000.00 | $5,600.00 | ($23,400.00) |
| DiSalvatore | William | | A.S. Project One LLC | $32,000.00 | $0.00 | ($32,000.00) |
| DiSalvatore | William | | Cable Beach Project LLC | $34,000.00 | $3,248.00 | ($30,752.00) |
| DiSalvatore | William | | H.P Hawaii Project Two LLC | $34,080.00 | $3,550.00 | ($30,530.00) |
| DiSalvatore | William | | H.P. Project Thirty One LLC | $34,520.00 | $3,600.00 | ($30,920.00) |
| Dobrusin | Abram & Anna | | W.H. Project LLC | $25,500.00 | $10,000.00 | ($15,500.00) |
| Dobrusin | Abram & Anna | | Bahamas Project One LLC | $31,000.00 | $4,095.00 | ($26,905.00) |
| Dobrusin | Abram & Anna | | Bahamas Project Two LLC | $31,000.00 | $1,359.00 | ($29,641.00) |
| Dobrusin | Abram & Anna | | H.P. Project Seven LLC | $31,260.00 | $22,002.46 | ($9,257.54) |
| Dobrusin | Abram & Anna | | China Project LLC | $32,000.00 | $4,844.00 | ($27,156.00) |
| Dockins | Josephine & Bryce | | L.V. Grand Project LLC | $23,725.00 | $14,657.27 | ($9,067.73) |
| Dombrowski | John & Susan | | H.P. Project Thirty LLC | $31,675.00 | $8,393.61 | ($23,281.39) |
| Dombrowski | John & Susan | | H.P. Project Ten LLC | $32,280.00 | $20,898.42 | ($11,381.58) |
| Dombrowski | John & Susan | | W.H. Project Eight LLC | $35,500.00 | $0.00 | ($35,500.00) |

Exhibit A

Case 2:08-cv-11261-AJT-MAR ECF No. 1-2, PageID.88 Filed 03/24/08 Page 38 of 50

| Last Name | First Name(s) | Investment Entity | LLC Invested In | Amount Invested | Amount Received | Variance |
|---|---|---|---|---|---|---|
| Dynamics Financial LLC | | David Lawrence | H.P. Virginia Project LLC | $31,600.00 | $12,065.68 | ($19,534.32) |
| Dynamics Financial LLC | | David Lawrence | H.P. Project Thirty Six LLC | $42,400.00 | $5,809.50 | ($36,590.50) |
| Emerick | Gary & Kathryn | | W.H. Europe LLC | $26,415.00 | $0.00 | ($26,415.00) |
| Emerick | Gary & Kathryn | | H.P. Hawaii Project LLC | $27,770.00 | $10,542.30 | ($17,227.70) |
| Emerick | Gary & Kathryn | | ATL Project LLC | $28,500.00 | $5,068.00 | ($23,432.00) |
| Emerick | Gary & Kathryn | | H.P. Project Thirty Three LLC | $28,590.00 | $5,266.28 | ($23,323.72) |
| Engineering by the Ruehls, Inc. | | Phillip J. Ruehl | AMB Project Eight LLC | $25,640.00 | $23,168.58 | ($2,471.42) |
| Ferber | Fred | | P.H. Nevada Project LLC | $40,000.00 | $34,344.25 | ($5,655.75) |
| Ferber | Fred | | W.H. Project Two LLC | $40,700.00 | $31,405.60 | ($9,294.40) |
| Ferber | Fred | | Florida Group TX Project LLC | $47,600.00 | $10,769.29 | ($36,830.71) |
| Ferber | Fred | | Desert Project Five LLC | $48,350.00 | $26,688.11 | ($21,661.89) |
| Ferber | Fred | | Venice Project LLC | $51,000.00 | $27,208.75 | ($23,791.25) |
| Ferber | Fred | | W.H. Project One LLC | $52,720.00 | $35,592.35 | ($17,127.65) |
| Ferber | Fred | | New Jersey Project Two LLC | $68,430.00 | $44,077.09 | ($24,352.91) |
| Ferber | Fred | | Desert Project Fifteen LLC | $75,351.00 | $37,791.00 | ($37,560.00) |
| Ferber | Fred | | Florida Group Project Three LLC | $88,000.00 | $53,606.08 | ($34,393.92) |
| Ferber | Fred | | Florida Group Six LLC | $90,400.00 | $24,294.72 | ($66,105.28) |
| Ferber | Fred | | Desert Project Twelve LLC | $106,000.00 | $72,747.50 | ($33,252.50) |
| Ferber | Fred | | Florida Group Five LLC | $135,000.00 | $42,178.75 | ($92,821.25) |
| Ferber | Fred | | Florida Group Four LLC | $400,000.00 | $114,012.50 | ($285,987.50) |
| Fink | Steven | | Florida Group Five LLC | $27,000.00 | $5,000.00 | ($22,000.00) |
| Fink | Steven | | Bahamas Project Two LLC | $30,500.00 | $0.00 | ($30,500.00) |
| Fink | Steven | | Bahamas Project Two LLC | $30,500.00 | $0.00 | ($30,500.00) |
| Fink | Steven | | Florida Group Project Three LLC | $44,000.00 | $8,000.00 | ($36,000.00) |
| Fink | Steven | | Florida Group VI | $44,000.00 | $8,000.00 | ($36,000.00) |
| Florida Hilton Communications LLC | | | Florida Group Project Three LLC | $462,000.00 | $309,033.00 | ($152,967.00) |
| Fogle | Justin R. | | H.P. Project Conrad/Homewood Three LLC | $12,700.00 | $0.00 | ($12,700.00) |
| Fogle | Gregory | | H.P. Project Twenty Nine LLC | $28,200.00 | $8,887.00 | ($19,313.00) |
| Freedman | Morton | | New Jersey Project Three LLC | $31,360.00 | $18,769.40 | ($12,590.60) |
| Freedman | Morton | | Florida Group Four LLC | $64,000.00 | $39,219.50 | ($24,780.50) |
| Freedman | Morton | | Florida Group Five LLC | $81,000.00 | $36,143.25 | ($44,856.75) |
| Freedman | Morton | | Florida Group Six LLC | $89,040.00 | $35,411.44 | ($53,628.56) |
| Freedman | Morton | | Bahamas Project LLC | $94,000.00 | $12,366.00 | ($81,634.00) |
| Freedman | Morton | | Florida Group TX LLC | $95,200.00 | $34,439.16 | ($60,760.84) |
| Freedman | Morton | | Grand Lofts Two LLC | $120,000.00 | $5,592.40 | ($114,407.60) |
| Freedman | Morton | | W.H. New York Project LLC | $123,120.00 | $0.00 | ($123,120.00) |
| Freedman | Morton | | China Project One LLC | $128,000.00 | $14,532.00 | ($113,468.00) |
| Freedman | Morton | | W.H. New York Project Five LLC | $145,500.00 | $0.00 | ($145,500.00) |
| Freedman | Morton | | W.H. New York Project Four LLC | $153,000.00 | $0.00 | ($153,000.00) |
| Freedman | Morton | | Florida Group Seven LLC | $192,000.00 | $41,509.75 | ($150,490.25) |
| Freedman | Morton | | W.H. New York Project Three LLC | $198,880.00 | $0.00 | ($198,880.00) |
| Freedman | Morton | | Other May LLCs | $200,000.00 | $10,000.00 | ($190,000.00) |
| Freedman | Morton | | W.H. Europe One LLC | $200,000.00 | $0.00 | ($200,000.00) |
| Freedman | Morton | | Bahamas Project Two LLC | $213,500.00 | $9,513.00 | ($203,987.00) |
| Freedman | Morton | | Bahamas Project Two LLC | $213,500.00 | $0.00 | ($213,500.00) |
| Freeland | Michael Scott ("Scott") | | W.H. Europe Two LLC | $26,415.00 | $0.00 | ($26,415.00) |
| Freeland | Michael Scott ("Scott") | | H.P. Project Thirty Six LLC | $33,920.00 | $4,637.60 | ($29,282.40) |
| Freeland | Michael Scott ("Scott") | | H.P. Project Conrad/Homewood LLC | $40,440.00 | $0.00 | ($40,440.00) |
| Freeland | Michael Scott ("Scott") | | H.P. Project Conrad/Homewood Two LLC | $48,000.00 | $0.00 | ($48,000.00) |
| Freeland | Michael Scott ("Scott") | | H.P. Project Conrad/Homewood Three LLC | $50,800.00 | $0.00 | ($50,800.00) |
| Get Your Red On LLC | | Lindsay Gross, Mark Weiss, David Carroll | Florida Group Five LLC | $27,000.00 | $12,047.75 | ($14,952.25) |
| Get Your Red On LLC | | Lindsay Gross, Mark Weiss, David Carroll | Bahamas Project Two LLC Part 2 | $31,000.00 | $0.00 | ($31,000.00) |
| Get Your Red On LLC | | Lindsay Gross, Mark Weiss, David Carroll | Bahamas Project Two LLC Part 1 | $31,000.00 | $0.00 | ($31,000.00) |
| Get Your Red On LLC | | Lindsay Gross, Mark Weiss, David Carroll | Florida Group Four LLC | $32,000.00 | $18,168.75 | ($13,831.25) |
| Get Your Red On LLC | | Lindsay Gross, Mark Weiss, David Carroll | Florida Group Seven LLC | $32,000.00 | $6,918.30 | ($25,081.70) |
| Get Your Red On LLC | | Lindsay Gross, Mark Weiss, David Carroll | Florida Group Six LLC | $44,520.00 | $18,212.54 | ($26,307.46) |
| Get Your Red On LLC | | Lindsay Gross, Mark Weiss, David Carroll | Florida TX Group LLC | $47,600.00 | $17,219.58 | ($30,380.42) |
| Giles | Anne A. & Daniel K. | | H.P. Project Thirty One LLC | $25,890.00 | $5,908.80 | ($19,981.20) |

| Last Name | First Name(s) | Investment Entity | LLC Invested In | Amount Invested | Amount Received | Variance |
|---|---|---|---|---|---|---|
| Giles | Anne A. & Daniel K. | | H.P. Hawaii Project LLC | $34,080.00 | $7,829.80 | ($26,250.20) |
| Gordon E. Snavely Family Trust | | Gordon E. Snavely Family Trust | ATL Project One LLC | $28,500.00 | $0.00 | ($28,500.00) |
| Gordon E. Snavely Family Trust | | Gordon E. Snavely Family Trust | ATL Project One LLC | $28,500.00 | $0.00 | ($28,500.00) |
| Gordon E. Snavely Family Trust | | Gordon E. Snavely Family Trust | ATL Project One LLC | $28,500.00 | $0.00 | ($28,500.00) |
| Gordon E. Snavely Family Trust | | Gordon E. Snavely Family Trust | H.P. Project Thirty Four LLC | $28,668.00 | $0.00 | ($28,668.00) |
| Gordon E. Snavely Family Trust | | Gordon E. Snavely Family Trust | H.P. Project Thirty Three LLC | $31,200.00 | $0.00 | ($31,200.00) |
| Gordon E. Snavely Family Trust | | Gordon E. Snavely Family Trust | Red Rock Project LLC | $99,069.50 | $0.00 | ($99,069.50) |
| Goren | Fred & Eleanor | | Florida Group Seven LLC | $32,000.00 | $5,534.59 | ($26,465.41) |
| Goren | Irwin | | New Jersey Project One LLC | $29,340.00 | $24,430.70 | ($4,909.30) |
| Goren | Irwin | | W.H. Project Two LLC | $32,560.00 | $29,828.04 | ($2,731.96) |
| Goren | Irwin | | Venice Project LLC | $40,800.00 | $27,201.00 | ($13,599.00) |
| Goren | Irwin | | W.H. Project One LLC | $42,176.00 | $35,202.44 | ($6,973.56) |
| Goren | Irwin | | Bahamas Project LLC | $47,000.00 | $6,183.00 | ($40,817.00) |
| Goren | Irwin | | Desert Project Five LLC | $48,350.00 | $32,637.33 | ($15,712.67) |
| Goren | Irwin | | New York Project LLC | $49,720.00 | $0.00 | ($49,720.00) |
| Goren | Irwin | | Desert Project Fifteen LLC | $50,234.00 | $30,486.59 | ($19,747.41) |
| Goren | Irwin | | Florida Group Five LLC | $54,000.00 | $24,095.50 | ($29,904.50) |
| Goren | Irwin | | Bahamas Project Two LLC | $61,000.00 | $2,718.00 | ($58,282.00) |
| Goren | Irwin | | Bahamas Project Two LLC Part 2 | $61,000.00 | $0.00 | ($61,000.00) |
| Goren | Irwin | | China Project One LLC | $64,000.00 | $7,266.00 | ($56,734.00) |
| Goren | Irwin | | Florida Group Four LLC | $64,000.00 | $39,218.50 | ($24,781.50) |
| Goren | Irwin | | Florida Group Six LLC | $66,780.00 | $27,318.81 | ($39,461.19) |
| Goren | Irwin | | Florida Group Project Three LLC | $88,000.00 | $63,514.06 | ($24,485.94) |
| Goren | Irwin | | Other May LLCs | $100,000.00 | $5,000.00 | ($95,000.00) |
| Goren | Irwin | | Desert Project Twelve LLC | $106,000.00 | $91,755.62 | ($14,244.38) |
| Goren | Steven | | New Jersey Project Three LLC | $31,360.00 | $18,715.40 | ($12,644.60) |
| Goren | Steven | | Florida Group TX Project LLC | $32,560.00 | $17,219.58 | ($15,340.42) |
| Goren | Steven | | W.H. Project Two LLC | $32,560.00 | $29,824.04 | ($2,735.96) |
| Gotham City Communications LLC | | | W.H. New York Project Three LLC | $186,450.00 | $0.00 | ($186,450.00) |
| Gross | Lindsay | | Bahamas Project LLC | $18,800.00 | $2,473.20 | ($16,326.80) |
| Gross | Lindsay | | Desert Project Five LLC | $19,340.00 | $11,825.28 | ($7,514.72) |
| Gross | Lindsay | | Florida Group Five LLC | $27,000.00 | $12,047.75 | ($14,952.25) |
| Gross | Lindsay | | Venice Project LLC | $30,600.00 | $20,400.75 | ($10,199.25) |
| Gross | Lindsay | | P.H. Nevada Project LLC | $32,000.00 | $30,933.47 | ($1,066.53) |
| Gross | Lindsay | | W.H. Project One LLC | $42,176.00 | $35,202.44 | ($6,973.56) |
| Gross | Lindsay | | Florida Group Project Three LLC | $44,400.00 | $31,757.03 | ($12,642.97) |
| Gross | Lindsay | Get Your Red On LLC | | | | |
| Hadden | Harold & JoAnne | | SRS Project Two LLC | $27,520.00 | $27,434.50 | ($85.50) |
| Hadden | Harold & JoAnne | | Desert Project Ten LLC | $29,016.00 | $28,791.71 | ($224.29) |
| Hadden | Harold & JoAnne | | H.P. Project Twenty LLC | $29,520.00 | $13,428.00 | ($16,092.00) |
| Hadden | Harold & JoAnne | | Nevada Mix Project One LLC | $31,640.00 | $22,394.21 | ($9,245.79) |
| Hadden | Harold & JoAnne | | H.P. Project Ten LLC | $32,280.00 | $19,427.89 | ($12,852.11) |
| Hadden | Harold & JoAnne | | H.P. Project Twenty Six LLC | $34,400.00 | $12,542.52 | ($21,857.48) |
| Hadden | Harold & JoAnne | | H.P. Project Twenty Eight LLC | $38,800.00 | $13,969.75 | ($24,830.25) |
| Hadden | Harold & JoAnne | | H.P. Project Thirty LLC | $42,150.00 | $11,191.48 | ($30,958.52) |
| Hale Trust | | Sally Pauls | AMB Project One LLC | $26,400.00 | $25,533.92 | ($866.08) |
| Hale Trust | | Sally Pauls | AMB Project One LLC | $26,400.00 | $25,533.92 | ($866.08) |
| Hale Trust | | Sally Pauls | H.P. Project Twenty Eight LLC | $31,040.00 | $11,175.80 | ($19,864.20) |
| Hambley | Richard & Catherine | Hambley Family Trust | | | | |
| Hambley Family Trust | | Richard & Catherine Hambley | W.H. Project Seven LLC | $44,200.00 | $0.00 | ($44,200.00) |
| Hambley Family Trust | | Richard & Catherine Hambley | W.H. New York Project Two LLC | $82,240.00 | $0.00 | ($82,240.00) |
| Harris | Robert | | Other May LLCs | $50,600.00 | $31,912.00 | ($18,688.00) |
| Harris | Robert & Carol | | Other May LLCs | $23,000.00 | $0.00 | ($23,000.00) |
| Hattie | David | | H.P. Project Thirty LLC | $40,900.00 | $11,193.48 | ($29,706.52) |
| Heppard | James M. | | W.H. Project LLC | $25,500.00 | $0.00 | ($25,500.00) |
| Heppard | James M. | | China Project LLC | $32,000.00 | $2,422.00 | ($29,578.00) |
| Heppard | James M. | | Bahamas Project LLC | $82,000.00 | $10,899.60 | ($71,100.40) |
| Hill | Harry & Madeline | | Other May LLCs | $32,000.00 | $1,459.25 | ($30,540.75) |

| Last Name | First Name(s) | Investment Entity | LLC Invested In | Amount Invested | Amount Received | Variance |
|---|---|---|---|---|---|---|
| Hill | Harry & Madeline | | AMB Project Seven LLC | $48,560.00 | $45,234.00 | ($3,326.00) |
| Hodge | Brent & Tracy | | L.V. Grand Project Two LLC | $30,600.00 | $4,727.20 | ($25,872.80) |
| Holubka | Jacquelin | | W.H. Project One LLC | $21,088.00 | $17,600.00 | ($3,488.00) |
| Holubka | Jacquelin | | Desert Project Fifteen LLC | $25,117.00 | $15,243.00 | ($9,874.00) |
| Holubka | Jacquelin | | Bahamas Project Two LLC | $30,500.00 | $0.00 | ($30,500.00) |
| Holubka | Jacquelin | | Venice Project LLC | $30,600.00 | $13,600.00 | ($17,000.00) |
| Holubka | Jacquelin | | W.H. Project Two LLC | $32,560.00 | $29,774.00 | ($2,786.00) |
| Holubka | Jacquelin | | W.H. New Project LLC | $41,040.00 | $0.00 | ($41,040.00) |
| Holubka | Jacquelin | | Florida Group Six LLC | $44,520.00 | $18,230.00 | ($26,290.00) |
| Holubka | Jacquelin | | Bahamas Project LLC | $47,000.00 | $6,183.00 | ($40,817.00) |
| Holubka | Jacquelin | | Florida Group Four LLC | $48,000.00 | $19,609.00 | ($28,391.00) |
| Holubka | Jacquelin | | China Project LLC | $64,000.00 | $7,266.00 | ($56,734.00) |
| Horgan | Michael & Lisa | | H.P. Project Conrad/Homewood Two LLC | $24,000.00 | $0.00 | ($24,000.00) |
| Horgan | Michael & Lisa | | H.P. Project Conrad/Homewood Three LLC | $25,400.00 | $0.00 | ($25,400.00) |
| Howe | Beverly | Beverly Howe Trust | | | | |
| Howe | Thomas & Pamela | TPH Investments | | | | |
| Howe | Wallace | Wallace E. Howe Trust | | | | |
| Hunter | Heather & Joseph | | H.P. Project Ten LLC | $15,640.00 | $9,714.01 | ($5,925.99) |
| Hunter | Heather & Joseph | | H.P. Project Sixteen LLC | $30,280.00 | $15,687.45 | ($14,592.55) |
| Hunter | Heather & Joseph | | Asia Project One LLC | $32,000.00 | $1,201.00 | ($30,799.00) |
| Italian Project LLC | | | Venice Project LLC | $183,600.00 | $124,459.00 | ($59,141.00) |
| Jedowolaski, Jr. | Richard W. | | Other May LLCs | $60,000.00 | $0.00 | ($60,000.00) |
| Just Investment Solutions LLC | | John & Kari Acker | H.P. Project Thirty Five LLC | $26,760.00 | $3,671.82 | ($23,088.18) |
| Just Investment Solutions LLC | | John & Kari Acker | H.P. Project Thirty Three LLC | $38,120.00 | $7,021.68 | ($31,098.32) |
| Kaufman | Dr. Jerome | | Florida TX Project LLC | $404,600.00 | $91,399.00 | ($313,201.00) |
| Kennedy | Daniel & Lisa | | H.P. Hawaii Project Two LLC | $25,560.00 | $5,874.60 | ($19,685.40) |
| Kennedy | Daniel & Lisa | | H.P. Project Thirty Five LLC | $26,760.00 | $3,671.82 | ($23,088.18) |
| Kirk | Samuel | | P.T. Project Ten LLC | $26,248.00 | $3,705.59 | ($22,542.41) |
| Kirk | Samuel | | P.T. Project Twelve LLC | $26,940.00 | $2,391.64 | ($24,548.36) |
| Kirk | Samuel | | Cal Indi One LLC | $29,940.00 | $1,408.46 | ($28,531.54) |
| Kizy | Denise M. | | H.P. Project Eighteen LLC | $28,000.00 | $14,691.62 | ($13,308.38) |
| Kizy | Denise M. | | H.P. Project Twelve LLC | $30,880.00 | $17,713.84 | ($13,166.16) |
| Kizy | Denise M. | | H.P. Project Fifteen LLC | $31,900.00 | $16,792.29 | ($15,107.71) |
| Kubani | Joseph | | L.V. Loft Two LLC | $30,600.00 | $4,727.20 | ($25,872.80) |
| Kubani | Joseph | | W.H. Six Dist LLC | $33,360.00 | $0.00 | ($33,360.00) |
| Kubani | Joseph | | L.V. Grand Project Two LLC | $47,450.00 | $29,314.54 | ($18,135.46) |
| Kubani | Vic | | AMB Project Eight LLC | $25,640.00 | $23,163.64 | ($2,476.36) |
| Kubani | Vic | | H.P. Project Eighteen LLC | $28,000.00 | $14,691.62 | ($13,308.38) |
| Kubani | Vic | | H.P. Project Nine LLC | $29,490.00 | $26,240.52 | ($3,249.48) |
| Kubani | Vic | | H.P. Project Twenty LLC | $30,040.00 | $11,175.80 | ($18,864.20) |
| Kubani | Vic | | H.P. Project Ten LLC | $31,280.00 | $19,427.89 | ($11,852.11) |
| Kubani | Vic | | W.H. Project Five LLC | $34,800.00 | $0.00 | ($34,800.00) |
| Kubani | Vic | | Cal Indi One LLC | $39,920.00 | $11,190.64 | ($28,729.36) |
| Kulinsky | Kay | | H.P. Project Conrad/Homewood LLC | $40,440.00 | $0.00 | ($40,440.00) |
| Kulinsky | Kay | | Florida Group Seven LLC | $16,000.00 | $3,459.25 | ($12,540.75) |
| Kulkinsy | Eric I. | BGLG, LLC | Florida Group Six LLC | $22,260.00 | $9,119.52 | ($13,140.48) |
| Lambrecht | Brian & Kristine | | H.P. Project Thirty Five LLC | $26,760.00 | $3,671.82 | ($23,088.18) |
| Lambrecht | Brian & Kristine | | Other May LLCs | $30,000.00 | $2,880.00 | ($27,120.00) |
| Landsberg | Diana | | H.P. Project Thirty Six LLC | $25,440.00 | $3,485.70 | ($21,954.30) |
| LaRaia | Mark & Robin | | H.P. Project Conrad/Homewood Two LLC | $36,000.00 | $0.00 | ($36,000.00) |
| Lawrence | David | Dynamics Financial LLC | | | | |
| Lax | Michael & Yvonne | | A.S. Project One LLC | $32,000.00 | $1,201.00 | ($30,799.00) |
| Lax | Michael & Yvonne | | L.V. Grand Project LLC | $47,450.00 | $29,314.54 | ($18,135.46) |
| Lax | Michael & Yvonne | | L.V. Loft Two LLC | $61,200.00 | $9,454.40 | ($51,745.60) |
| LeDonne | Gino | | W.H. New Project Five LLC | $28,250.00 | $0.00 | ($28,250.00) |
| LeDonne | Gino | | ATL Project One LLC | $28,500.00 | $5,068.00 | ($23,432.00) |
| Leverence | Nancy | | H.P. Project Nineteen LLC | $22,500.00 | $10,744.80 | - $11,755.20) |

Exhibit A

Acker, et al v. Doeren Mayhew, et al

| Last Name | First Name(s) | Investment Entity | LLC Invested In | Amount Invested | Amount Received | Variance |
|---|---|---|---|---|---|---|
| Liaros | Demetrios | | Atlantis Communications Project LLC | $28,500.00 | $1,256.88 | ($27,243.12) |
| Liaros | Demetrios | | Paris Hilton Project LLC | $53,000.00 | $0.00 | ($53,000.00) |
| Licht | Ronald | | China Project One LLC | $96,000.00 | $10,899.00 | ($85,101.00) |
| Licht | Ronald | | Bahamas Project Two LLC | $121,000.00 | $2,718.00 | ($118,282.00) |
| Licht | Ronald | | W.H. New York Project LLC | $124,300.00 | $0.00 | ($124,300.00) |
| Licht | Ronald | | Other May LLCs | $200,000.00 | $10,000.00 | ($190,000.00) |
| Lipten | Dr. Claire | | Bahamas Project LLC Part 1 | | | |
| Lipten | Dr. Claire | | Bahamas Project LLC Part 2 | | | |
| Lipten | Dr. Claire | | China Project LLC | | | |
| Lipten | Dr. Claire | | Desert Project Fifteen LLC | | | |
| Lipten | Dr. Claire | | Desert Project Five LLC | | | |
| Lipten | Dr. Claire | | Ohio Project One LLC | | | |
| Lipten | Dr. Claire | | Venice Project LLC | | | |
| Lipten | Dr. Claire | | Total | $243,134.00 | $90,187.65 | ($152,946.35) |
| Little | Gregory & Patricia L. | | H.P. Project Eighteen LLC | $28,000.00 | $16,080.00 | ($11,920.00) |
| Little | Gregory & Patricia L. | | Other May LLCs | $30,000.00 | $2,880.00 | ($27,120.00) |
| Lundberg | Steven L. & Penny S. | | Atlantis Tower Two Project LLC | $28,500.00 | $5,068.00 | ($23,432.00) |
| MacAdam, Jr. | William F. & Judith A. | | H.P. Project Eight LLC | $30,400.00 | $18,775.08 | ($11,624.92) |
| MacAdam, Jr. | William F. & Judith A. | | H.P. Project Nine LLC | $49,150.00 | $30,448.55 | ($18,701.45) |
| MacAdam, Jr. | William F. & Judith A. | | H.P. Project Seven LLC | $30,260.00 | $19,214.76 | ($11,045.24) |
| Macau Island Communications Project LLC | | | China Project LLC | $1,056,000.00 | $161,840.00 | ($894,160.00) |
| Manchel | Frank | | Florida Group Seven LLC | $32,000.00 | $5,526.84 | ($26,473.16) |
| Mannino | Salvatore | | W.H. Project Six LLC | $44,480.00 | $0.00 | ($44,480.00) |
| Marvin & Marsha Trimas Trust | | Marvin Trimas | W.H. New Project Three LLC | $24,860.00 | $0.00 | ($24,860.00) |
| Marvin & Marsha Trimas Trust | | Marvin Trimas | Florida Group Five LLC | $27,000.00 | $12,047.75 | ($14,952.25) |
| Marvin & Marsha Trimas Trust | | Marvin Trimas | Venice Project LLC | $30,600.00 | $21,765.75 | ($8,834.25) |
| Marvin & Marsha Trimas Trust | | Marvin Trimas | China Project LLC | $32,000.00 | $3,633.00 | ($28,367.00) |
| Marvin & Marsha Trimas Trust | | Marvin Trimas | Florida Group Four LLC | $32,000.00 | $19,609.75 | ($12,390.25) |
| Marvin & Marsha Trimas Trust | | Marvin Trimas | Florida Group Project Three LLC | $44,000.00 | $31,737.03 | ($12,262.97) |
| Marvin & Marsha Trimas Trust | | Marvin Trimas | Florida Group TX LLC | $47,600.00 | $17,220.08 | ($30,379.92) |
| Marvin & Marsha Trimas Trust | | Marvin Trimas | Grand Lofts Two LLC | $48,000.00 | $2,236.96 | ($45,763.04) |
| Marvin & Marsha Trimas Trust | | Marvin Trimas | Florida Group Seven LLC | $64,000.00 | $6,198.30 | ($57,801.70) |
| Marvin & Marsha Trimas Trust | | Marvin Trimas | Flordia Group Six LLC | $66,780.00 | $18,212.54 | ($48,567.46) |
| Marvin & Marsha Trimas Trust | | Marvin Trimas | Bahamas Project Two LLC Part I | $71,000.00 | $2,718.00 | ($68,282.00) |
| Marvin & Marsha Trimas Trust | | Marvin Trimas | Bahamas Project Two LLC Part 2 | $71,000.00 | $0.00 | ($71,000.00) |
| Marvin & Marsha Trimas Trust | | Marvin Trimas | W.H. Project One LLC | $73,808.00 | $61,486.02 | ($12,321.98) |
| Marvin & Marsha Trimas Trust | | Marvin Trimas | Desert Project Fifteen LLC | $75,351.00 | $48,592.90 | ($26,758.10) |
| Marvin & Marsha Trimas Trust | | Marvin Trimas | W.H. Project Two LLC | $81,400.00 | $74,560.10 | ($6,839.90) |
| Marvin & Marsha Trimas Trust | | Marvin Trimas | New Jersey Project One LLC | $91,800.00 | $84,099.70 | ($7,700.30) |
| Marvin & Marsha Trimas Trust | | Marvin Trimas | Desert Project Twelve LLC | $106,000.00 | $94,127.62 | ($11,872.38) |
| Marvin & Marsha Trimas Trust | | Marvin Trimas | New Jersey Project Two LLC | $136,860.00 | $104,653.88 | ($32,206.12) |
| Mayor | Dr. G.H. | | New Jersey Project Three LLC | $23,520.00 | $14,037.00 | ($9,483.00) |
| Mayor | Dr. G.H. | | Desert Project Five LLC | $29,010.00 | $19,628.00 | ($9,382.00) |
| Mayor | Dr. G.H. | | Other May LLCs | $100,000.00 | $5,000.00 | ($95,000.00) |
| McGahey | David | | H.P. Project Twenty Nine LLC | $28,200.00 | $7,827.00 | ($20,373.00) |
| McGahey | David | | Asia Project One LLC | $32,000.00 | $1,201.00 | ($30,799.00) |
| McGahey | David | | H.P. Project Twenty Seven LLC | $32,000.00 | $13,489.40 | ($18,510.60) |
| McGahey | David | | Cable Beach Project LLC | $34,000.00 | $12,942.20 | ($21,057.80) |
| McGahey | David | | H.P. Project Conrad/Homewood Three LLC | $48,000.00 | $0.00 | ($48,000.00) |
| McGuire | Valerie | | W.H. New Project Three LLC | $24,860.00 | $0.00 | ($24,860.00) |
| McKeever | Vern | | H.P. Project Twenty Four LLC | $29,000.00 | $12,445.20 | ($16,554.80) |
| McKeever | Vern | | W.H. Europe Project LLC | $26,415.00 | $0.00 | ($26,415.00) |
| McNamara | Michael | | Other May LLCs | | | |
| Mehr | Jill | | Florida TX Project LLC | $23,800.00 | $7,531.91 | ($16,268.09) |
| Mehr | Jill | | Desert Project LLC | $29,010.00 | $18,420.39 | ($10,589.61) |
| Mehr | Virginia | | Florida TX Project LLC | $47,600.00 | $15,063.82 | ($32,536.18) |
| Mehr | Virginia | | Desert Project Five LLC | $58,020.00 | $36,840.77 | ($21,179.23) |
| Mehr | Virginia | | Bahamas Project LLC | $122,000.00 | $0.00 | ($122,000.00) |

| Last Name | First Name(s) | Investment Entity | LLC Invested In | Amount Invested | Amount Received | Variance |
|---|---|---|---|---|---|---|
| Meloni | Peppino | | T. Resort Project One LLC | $28,000.00 | $26,823.82 | ($1,176.18) |
| Meloni | Peppino | | H.P. Project Twenty Nine LLC | $28,200.00 | $7,627.00 | ($20,573.00) |
| Meloni | Peppino | | H.P. Project Thirty LLC | $32,675.00 | $8,393.67 | ($24,281.33) |
| Meyer | Matthew | | Asia Project One LLC | $32,000.00 | $1,201.00 | ($30,799.00) |
| Miller | Sidney | | L.V. Grand Project Two LLC | $61,200.00 | $9,454.00 | ($51,746.00) |
| Mitchell | Teresa | | H.P. Project Twenty Nine LLC | $29,000.00 | $7,704.00 | ($21,296.00) |
| Mitchell | Teresa | | Tropicana Project One LLC | $29,546.00 | $24,372.00 | ($5,174.00) |
| Moss | David | | Desert Project Five LLC | $29,010.00 | $19,559.85 | ($9,450.15) |
| Moss | David | | W.H. New York Project Five LLC | $24,250.00 | $0.00 | ($24,250.00) |
| MT Investment Group LLC | | Thomas & Mary Bohn | H.P. Project Conrad/Homewood Two LLC | $27,960.00 | $0.00 | ($27,960.00) |
| MT Investment Group LLC | | Thomas & Mary Bohn | H.P. Project Thirty Three LLC | $29,590.00 | $5,266.28 | ($24,323.72) |
| MT Investment Group LLC | | Thomas & Mary Bohn | Nevada Mix Project One LLC | $31,640.00 | $22,394.20 | ($9,245.80) |
| Murphy | John & Rita | | H.P. Project Conrad/Homewood Two LLC | $24,000.00 | $0.00 | ($24,000.00) |
| Murphy | John & Rita | | H.P. Project Twenty Four LLC | $29,000.00 | $12,392.20 | ($16,607.80) |
| Murphy | John & Rita | | H.P. Project Nineteen LLC | $30,000.00 | $14,273.40 | ($15,726.60) |
| Murphy | John & Rita | | H.P. Project Twenty Seven LLC | $32,000.00 | $13,488.40 | ($18,511.60) |
| Murphy | John & Rita | | H.P. Project Conrad/Homewood Three LLC | $38,100.00 | $0.00 | ($38,100.00) |
| Natalie Caroll Trust | John & Rita | Natalie Carroll | H.P. Project Thirty LLC | $40,900.00 | $13,069.56 | ($27,830.44) |
| Nicholson | Catheryne & Brian | | Other May LLCs | $54,127.00 | $34,805.02 | ($19,321.98) |
| Nicholson | Catheryne & Brian | | Europe Project LLC | $20,000.00 | $0.00 | ($20,000.00) |
| Nicholson | Catheryne & Brian | | W.H. New Project LLC | $24,860.00 | $0.00 | ($24,860.00) |
| O'Bryan | Gary & Kathy | | Cal Project One LLC | $33,600.00 | $5,500.33 | ($28,099.67) |
| O'Bryan | Gary & Kathy | | H.P. Project Nineteen LLC | $30,000.00 | $0.00 | ($30,000.00) |
| O'Bryan | Gary & Kathy | | W.H. Project Seven LLC | $32,000.00 | $0.00 | ($32,000.00) |
| Oberts | Thomas | | H.P. Project Seven LLC | $45,390.00 | $28,822.14 | ($16,567.86) |
| O'Bryan | Patrick & Kathryn | | Other May LLCs | $81,820.00 | $0.00 | ($81,820.00) |
| O'Bryan | Patrick & Kathryn | | W.P. Project Seven LLC | $22,100.00 | $0.00 | ($22,100.00) |
| O'Bryan | Thomas | | H.P. Project Nineteen LLC | $30,000.00 | $14,273.40 | ($15,726.60) |
| O'Conner | Thomas & Lisa | | H.P. Project Eleven LLC | $31,360.00 | $17,000.00 | ($14,360.00) |
| O'Conner | Thomas & Lisa | | W.H. New York Project Five LLC | $24,250.00 | $0.00 | ($24,250.00) |
| O'Conner | Thomas & Lisa | | AMB Project Eight LLC | $25,640.00 | $18,689.24 | ($6,950.76) |
| Olson | Bruce A. & Judy A. | | Cable Beach Project LLC | $34,000.00 | $9,693.40 | ($24,306.60) |
| Olson | Bruce A. & Judy A. | | W.H. Project Seven LLC | $22,100.00 | $0.00 | ($22,100.00) |
| Orlich | Donald & Patricia | | H.P. Project Twenty One LLC | $26,440.00 | $12,322.60 | ($14,117.40) |
| Ostrander | John H. | | H.P. Project Ten LLC | $32,280.00 | $20,896.42 | ($11,383.58) |
| Palicio | Lisette | (Lisette Poletes) | H.P. Project Conrad/Homewood LLC | $26,960.00 | $0.00 | ($26,960.00) |
| Pauls | Sally | | W.H. New Project Two LLC | $21,560.00 | $0.00 | ($21,560.00) |
| Pauls | Sally | | W.H. New Project Two LLC | $21,560.00 | $0.00 | ($21,560.00) |
| Pauls | Sally | | Tropicana Project Two LLC | $28,800.00 | $21,130.07 | ($7,669.93) |
| Pauls | Sally | | Other May LLCs | $29,000.00 | $20,705.70 | ($8,294.30) |
| Pauls | Sally | Hale Trust | | | | |
| Peterson | Donald & Daphne | Peterson Family Trust | | | | |
| Peterson Family Trust | | Donald & Daphne Peterson | Europe Project Two LLC | $44,025.00 | $0.00 | ($44,025.00) |
| Peterson Family Trust | | Donald & Daphne Peterson | Europe Project One LLC | $61,840.00 | $0.00 | ($61,840.00) |
| Pew | Suzanne | | W.H. Europe Two LLC | $26,415.00 | $0.00 | ($26,415.00) |
| Pew | Suzanne | | H.P. Project Thirty Five LLC | $26,760.00 | $3,671.82 | ($23,088.18) |
| Pew | Suzanne | | T. Resort Project One LLC | $28,000.00 | $26,823.80 | ($1,176.20) |
| Pew | Suzanne | | ATL Project LLC Part 1 | $28,500.00 | $5,068.00 | ($23,432.00) |
| Pew | Suzanne | | ATL Project LLC Part 2 | $28,500.00 | $0.00 | ($28,500.00) |
| Phipps | James & Ronda | | WY Vegas Project LLC | $41,620.00 | $38,598.28 | ($3,021.72) |
| Pielack | Stanley & Dolores | Pielack Family Trust | W.H. Project Five LLC | $26,100.00 | $3,130.56 | ($22,969.44) |
| Pielack Family Trust | | Stanley & Delores Pielack | AMB Project Five LLC | $23,020.00 | $0.00 | ($23,020.00) |
| Pielack Family Trust | | Stanley & Delores Pielack | L.V. Grand Project LLC | $23,725.00 | $0.00 | ($23,725.00) |
| Pielack Family Trust | | Stanley & Delores Pielack | SRC Project One LLC | $24,660.00 | $0.00 | ($24,660.00) |
| Pielack Family Trust | | Stanley & Delores Pielack | H.P. Project Fourteen LLC | $29,640.00 | $0.00 | ($29,640.00) |
| Pielack Family Trust | | Stanley & Delores Pielack | Other May LLCs | $30,000.00 | $0.00 | ($30,000.00) |

Exhibit A

Acker, et al v. Doeren Mayhew, et al

| Last Name | First Name(s) | Investment Entity | LLC Invested In | Amount Invested | Amount Received | Variance |
|---|---|---|---|---|---|---|
| Pielack Family Trust | | Stanley & Delores Pielack | AMB Project Four LLC | $47,680.00 | $0.00 | ($47,680.00) |
| Poletes | Lisette & George | Maiden name(Lisette Palicio) | European Hilton Telecom Project LLC | $20,000.00 | $0.00 | ($20,000.00) |
| Pousho | Jeff | | H.P. Project Twenty Seven LLC | $32,000.00 | $0.00 | ($32,000.00) |
| Pousho | Jeff | | H.P. Project Twenty Three | $46,800.00 | $0.00 | ($46,800.00) |
| Pousho | Jeff & Deborah | | H.P. Project Conrad/Homewood Two LLC | $24,000.00 | $0.00 | ($24,000.00) |
| Pousho | Jeff & Deborah | | H.P. Project Twenty One LLC | $26,440.00 | $0.00 | ($26,440.00) |
| Pousho | Jeff & Deborah | | Asia Project One LLC | $32,000.00 | $0.00 | ($32,000.00) |
| Pousho | Jeff & Deborah | | H.P. Project Seven LLC | $45,390.00 | $0.00 | ($45,390.00) |
| Rechter | Herbert | | Five Star Project LLC | $27,000.00 | $12,563.00 | ($14,437.00) |
| Rechter | Herbert | | Ohio Project LLC | $31,200.00 | $21,128.00 | ($10,072.00) |
| Rechter | Herbert | | Coast Properties One LLC | $35,583.00 | $20,854.00 | ($14,729.00) |
| Rechter | Herbert | | L.V. Downtown Project LLC | $36,666.00 | $19,652.00 | ($17,014.00) |
| Rechter | Herbert | | F.J. Project Sixteen LLC | $37,200.00 | $17,525.00 | ($19,675.00) |
| Rechter | Herbert | | F.J. - T.C.A. Project Two LLC | $49,550.00 | $25,573.00 | ($23,977.00) |
| Rechter | Herbert | | Florida Group LLC | $54,484.00 | $38,574.00 | ($15,910.00) |
| Rechter | Herbert | | Bahamas Project Two LLC | $61,000.00 | $0.00 | ($61,000.00) |
| Rechter | Herbert | | Other May LLCs | $75,351.00 | $5,726.00 | ($69,625.00) |
| Rechter | Herbert | | China Project LLC | $96,000.00 | $10,899.00 | ($85,101.00) |
| Rechter | Herbert | | Desert Project One LLC | $96,700.00 | $15,607.00 | ($81,093.00) |
| Rechter | Herbert | | Florida Group Project Two LLC | $97,125.00 | $61,079.00 | ($36,046.00) |
| Rechter | Herbert | | Other May LLCs | $106,000.00 | $35,876.00 | ($70,124.00) |
| Rechter | Herbert | | Other May LLCs | $200,000.00 | $0.00 | ($200,000.00) |
| Rechter | Ronald | | New Jersey Project Two LLC | $54,744.00 | $41,964.35 | ($12,779.65) |
| Rechter | Ronald | | Desert Project Five LLC | $58,020.00 | $37,437.00 | ($20,583.00) |
| Rechter | Ronald | | New Jersey Project One LLC | $58,680.00 | $49,016.00 | ($9,664.00) |
| Rechter | Ronald | | Desert Project Twelve LLC | $84,800.00 | $74,751.00 | ($10,049.00) |
| Rechter | Ronald | | Florida Group Project Three LLC | $88,000.00 | $63,562.56 | ($24,437.44) |
| Rechter | Ronald | | Flordia Group Six LLC | $89,040.00 | $36,477.00 | ($52,563.00) |
| Rechter | Ronald | | Florida Group TX LLC | $95,200.00 | $34,492.00 | ($60,708.00) |
| Rechter | Ronald | | China Project LLC | $192,000.00 | $21,798.00 | ($170,202.00) |
| Reid | Nancy A. | | Asia Project One LLC | $32,000.00 | $0.00 | ($32,000.00) |
| Reid | Nancy A. | | L.V. Grand Project LLC | $47,450.00 | $33,038.00 | ($14,412.00) |
| Rhodes | Dean | | H.P. Project Twenty Eight LLC | $30,040.00 | $0.00 | ($30,040.00) |
| Rhodes | Dean | | H.P. Project Twenty Six LLC | $33,400.00 | $0.00 | ($33,400.00) |
| Rhodes | Rose | | H.P. Project Twenty Seven LLC | $32,000.00 | $0.00 | ($32,000.00) |
| Rickens | Mary Ann & Walter | | ATL Project One LLC | | | |
| Rickens | Mary Ann & Walter | | ATL Project Two LLC | | | |
| Rickens | Mary Ann & Walter | | Total for ATL | $57,000.00 | $5,184.00 | ($51,816.00) |
| Rickens | Mary Ann & Walter | | H.P. Project Conrad/Homewood LLC | $40,440.00 | $0.00 | ($40,440.00) |
| Rickens | Mary Ann & Walter | | H.P. Project Conrad/Homewood Two LLC | $48,000.00 | $0.00 | ($48,000.00) |
| Rogers | Judy Ann | | W.H. Europe Two LLC | $26,415.00 | $0.00 | ($26,415.00) |
| Rose | Robert E. | | H.P. Project Conrad/Homewood Two LLC | $26,960.00 | $0.00 | ($26,960.00) |
| Rosemary C. Snavely Family Trust | | Rosemary C. Snavley | H.P. Hawaii Project Two LLC | $25,560.00 | $0.00 | ($25,560.00) |
| Rosemary C. Snavely Family Trust | | Rosemary C. Snavley | Other May LLCs | $30,000.00 | $0.00 | ($30,000.00) |
| Rosemary C. Snavely Family Trust | | Rosemary C. Snavley | Asia Project One LLC | $32,000.00 | $0.00 | ($32,000.00) |
| Rosemary C. Snavely Family Trust | | Rosemary C. Snavley | W.H. New York Project Five LLC | $48,500.00 | $0.00 | ($48,500.00) |
| Ruehl | Philip J. | | SRS Project Four LLC | $24,400.00 | $22,286.23 | ($2,113.77) |
| Ruehl | Philip J. | | ATL Project LLC Part 1 | $28,000.00 | $0.00 | ($28,000.00) |
| Ruehl | Philip J. | | ATL Project LLC Part 1 | $29,000.00 | $5,068.00 | ($23,932.00) |
| Ruehl | Philip J. | Engineering by the Ruehls, Inc. | | | | |
| Russ | Daniel & Kathleen | | H.P. Project Thirty Five LLC | $26,760.00 | $3,671.82 | ($23,088.18) |
| Russ | Daniel & Kathleen | | H.P. Project Conrad/Homewood LLC | $26,960.00 | $0.00 | ($26,960.00) |
| Saar | David | | Virginia Project LLC | $31,600.00 | $12,012.68 | ($19,587.32) |
| Samson-Eichen | Annette | | Bahamas Project LLC | $47,000.00 | $4,122.00 | ($42,878.00) |
| Samson-Eichen | Annette | | Bahamas Project LLC | $47,000.00 | $4,122.00 | ($42,878.00) |
| Scarlett | Gordan | | Other May LLCs | $60,000.00 | $0.00 | ($60,000.00) |
| Scarlett | Gordan | | Other May LLCs | $60,000.00 | $0.00 | ($60,000.00) |
| Scarlett | Gordon | | Other May LLCs | $74,580.00 | $0.00 | ($74,580.00) |

| Last Name | First Name(s) | Investment Entity | LLC Invested In | Amount Invested | Amount Received | Variance |
|---|---|---|---|---|---|---|
| Schlipphak | Markus | | H.P. Project Conrad/Homewood LLC | $26,960.00 | $0.00 | ($26,960.00) |
| Schroder | Diana | | H.P. Hawaii Project LLC | $27,770.00 | $10,554.30 | ($17,215.70) |
| Schroder | Diana | | H.P. Project Twenty Nine LLC | $28,200.00 | $7,627.00 | ($20,573.00) |
| Shaver | Beverly & Thomas | | H.P. Project Twenty Six LLC | $34,400.00 | $12,542.52 | ($21,857.48) |
| Sholander | John | | H.P. Hawaii Project LLC | $27,770.00 | $1,323.00 | ($26,447.00) |
| Shuster | Steven | | Cal Project One LLC | $32,000.00 | $3,633.00 | ($28,367.00) |
| Shuster | Steven | | Grand Lofts Two LLC | $48,000.00 | $0.00 | ($48,000.00) |
| Shuster | Steven | | W.H. New York Project Three LLC | $49,720.00 | $0.00 | ($49,720.00) |
| Shuster | Steven | | Bahamas Project Two LLC | $122,000.00 | $0.00 | ($122,000.00) |
| Silverstone | William | | Venetian LLC | $20,400.00 | $8,166.00 | ($12,234.00) |
| Silverstone | William | | W.H. New York Project Three LLC | $24,860.00 | $0.00 | ($24,860.00) |
| Silverstone | William | | Florida Group Five LLC | $27,000.00 | $4,824.00 | ($22,176.00) |
| Silverstone | William | | China Project One LLC | $32,000.00 | $0.00 | ($32,000.00) |
| Silverstone | William | | Florida Group Four LLC | $32,000.00 | $10,976.00 | ($21,024.00) |
| Silverstone | William | | Florida Group Seven LLC | $32,000.00 | $0.00 | ($32,000.00) |
| Silverstone | William | | Florida Group Project Three LLC | $44,000.00 | $19,851.00 | ($24,149.00) |
| Silverstone | William | | Bahamas Project LLC | $47,000.00 | $0.00 | ($47,000.00) |
| Silverstone | William | | Flordia Group TX LLC | $47,600.00 | $4,311.00 | ($43,289.00) |
| Silverstone | William | | MGM Grand Project LLC | $48,000.00 | $0.00 | ($48,000.00) |
| Silverstone | William | | Desert Project Five LLC | $48,350.00 | $20,048.00 | ($28,302.00) |
| Silverstone | William | | New Jersey Project One LLC | $48,900.00 | $29,498.00 | ($19,402.00) |
| Silverstone | William | | Desert Project Fifteen LLC | $50,234.00 | $19,060.00 | ($31,174.00) |
| Silverstone | William | | M Bay Two LLC | $50,976.00 | $48,323.00 | ($2,653.00) |
| Silverstone | William | | W.H. Project One LLC | $52,720.00 | $0.00 | ($52,720.00) |
| Silverstone | William | | W.H. New York Project One LLC | $52,920.00 | $0.00 | ($52,920.00) |
| Silverstone | William | | Desert Project Twelve LLC | $53,000.00 | $29,827.00 | ($23,173.00) |
| Silverstone | William | | Bahamas Project Two LLC | $61,000.00 | $0.00 | ($61,000.00) |
| Silverstone | William | | Bahamas Project Two LLC | $61,000.00 | $0.00 | ($61,000.00) |
| Silverstone | William | | Flordia Group Six LLC | $66,780.00 | $919.00 | ($65,861.00) |
| Silverstone | William | | New Jersey Project Two LLC | $68,430.00 | $35,846.00 | ($32,584.00) |
| Silvey | Ralph & Shirley | | H.P. Project Ten LLC | $16,140.00 | $9,714.01 | ($6,425.99) |
| Silvey | Ralph & Shirley | | H.P. Project Conrad/Homewood LLC | $27,960.00 | $0.00 | ($27,960.00) |
| Silvey | Ralph & Shirley | | H.P. Project Twenty Five LLC | $29,200.00 | $10,657.40 | ($18,542.60) |
| Silvey | Ralph & Shirley | | A.S. Project One LLC | $33,000.00 | $1,201.00 | ($31,799.00) |
| Silvey | Ralph & Shirley | | AMB Project Six LLC | $236,000.00 | $23,318.15 | ($212,681.85) |
| Ski Tec, Inc. | | Ronald Winters | H.P. Hawaii Project Two LLC | $25,560.00 | $5,874.60 | ($19,685.40) |
| Ski Tec, Inc. | | Ronald Winters | H.P. Project Thirty One LLC | $25,890.00 | $5,911.05 | ($19,978.95) |
| Ski Tec, Inc. | | Ronald Winters | H.P. Project Conrad/Homewood LLC | $26,960.00 | $0.00 | ($26,960.00) |
| Ski Tec, Inc. | | Ronald Winters | H.P. Hawaii Project LLC | $27,770.00 | $10,544.30 | ($17,225.70) |
| Ski Tec, Inc. | | Ronald Winters | H.P. Project Nine LLC | $29,490.00 | $19,680.39 | ($9,809.61) |
| Smith | Jennifer & Bryan | | ATL Project One LLC | $25,000.00 | $478.82 | ($24,521.18) |
| Smith | Jennifer & Bryan | | H.P. Project Thirty Three LLC | $38,120.00 | $7,021.68 | ($31,098.32) |
| Smith | Terrance | | H.P. Project Conrad/Homewood Two LLC | $24,000.00 | $0.00 | ($24,000.00) |
| Snavely | Gordon E. | Gordon E. Snavely Family Trust | | | | |
| Snavely | Rosemary C. | Rosemary C. Snavely Family Trust | | | | |
| Snider | Kenneth J. & Jeanne H. | | Cable Beach Project LLC | $34,000.00 | $12,942.00 | ($21,058.00) |
| Snider | Kenneth J. & Jeanne H. | | Other May LLCs | $90,000.00 | $8,640.00 | ($81,360.00) |
| Snyder | Murray | | Desert Project Four LLC | $25,117.00 | $18,288.74 | ($6,828.26) |
| Snyder | Murray | | Florida Group Four LLC | $32,000.00 | $18,169.00 | ($13,831.00) |
| Sokolik | John | | Nevada Mix Project Three LLC | $24,750.00 | $14,984.21 | ($9,765.79) |
| Sokolik | John | | H.P. Project Seven LLC | $30,260.00 | $20,594.60 | ($9,665.40) |
| Sokolik | John | | H.P Project Seven LLC | $30,260.00 | $20,594.60 | ($9,665.40) |
| Sokolik | John | | Nevada Mix Project Three LLC | $24,750.00 | $14,984.21 | ($9,765.79) |
| SPECS Inc | | Prashant & Smriti Arya | W.H. Project Six LLC | $22,240.00 | $0.00 | ($22,240.00) |
| SPECS Inc | | Prashant & Smriti Arya | W.H. Project Six LLC | $22,240.00 | $0.00 | ($22,240.00) |
| SPECS Inc | | Prashant & Smriti Arya | ATL Project One LLC Part 1 | $28,500.00 | $5,068.00 | ($23,432.00) |
| SPECS Inc | | Prashant & Smriti Arya | ATL Project One LLC Part 2 | $28,500.00 | $0.00 | ($28,500.00) |
| SPECS Inc | | Prashant & Smriti Arya | W.H. Project Three LLC | $30,000.00 | $2,766.00 | ($27,234.00) |

| Last Name | First Name(s) | Investment Entity | LLC Invested In | Amount Invested | Amount Received | Variance |
|---|---|---|---|---|---|---|
| SPECS Inc | | Prashant & Smriti Arya | H.P. Project Twenty Six LLC | $33,400.00 | $11,119.00 | ($22,281.00) |
| SPECS Inc | | Prashant & Smriti Arya | H.P. Project Conrad/Homewood LLC | $53,920.00 | $0.00 | ($53,920.00) |
| Sprague | Stuart | | Florida TX Group LLC | $23,800.00 | $8,690.00 | ($15,110.00) |
| Sprague | Stuart | | New Jersey Project One LLC | $29,340.00 | $23,635.50 | ($5,704.50) |
| Sprague | Stuart | | Venice Project LLC | $30,600.00 | $19,110.00 | ($11,490.00) |
| Sprague | Stuart | | New Jersey Project Three LLC | $31,360.00 | $18,769.40 | ($12,590.60) |
| Sprague | Stuart | | W.H. Project One LLC | $42,176.00 | $35,713.44 | ($6,462.56) |
| Sprague | Stuart | | Grand Lofts Two LLC | $48,000.00 | $0.00 | ($48,000.00) |
| St. Louis | William & Linda | | H.P. Project Thirty Four LLC | $28,668.00 | $5,326.92 | ($23,341.08) |
| St. Louis | William & Linda | | W.H. Project Eight LLC | $46,000.00 | $0.00 | ($46,000.00) |
| St. Louis | William & Linda | William J. St. Louis Trust | | | | |
| Steuer | Brenda | | Nassua Bahama Project LLC | $23,500.00 | $3,091.50 | ($20,408.50) |
| Steuer | Brenda | | H.P. Florida Group TX LLC | $23,800.00 | $8,609.79 | ($15,190.21) |
| Steuer | Brenda | | MGM Desert Project Fifteen LLC | $25,117.00 | $15,243.36 | ($9,873.64) |
| Steuer | Brenda | | New York Project Four LLC | $25,550.00 | $0.00 | ($25,550.00) |
| Steuer | Brenda | | Atlantis Bahamas Two LLC | $30,500.00 | $1,359.00 | ($29,141.00) |
| Steuer | Brenda | | Venetian Hotel Venice LLC | $30,600.00 | $20,400.75 | ($10,199.25) |
| Steuer | Brenda | | W.H. Project Two LLC | $32,560.00 | $29,823.94 | ($2,736.06) |
| Steuer | Brenda | | New Jersey Project Two LLC | $41,058.00 | $31,396.06 | ($9,661.94) |
| Steuer | Brenda | | W.H. Project One LLC | $42,176.00 | $33,525.80 | ($8,650.20) |
| Steuer | Brenda | | Desert Project Five LLC | $58,020.00 | $39,122.29 | ($18,897.71) |
| Stevenson | Mark & Julie | | ATL Project One LLC | $28,500.00 | $5,068.00 | ($23,432.00) |
| Stevenson | Mark & Julie | | H.P. Project Nine LLC | $58,980.00 | $39,360.78 | ($19,619.22) |
| Sundberg | Steven T. | | W.H. New York Project Five LLC | $24,250.00 | $0.00 | ($24,250.00) |
| TBNJ Telecom LLC | | | New Jersey Project Two LLC | $164,230.00 | $102,507.00 | ($61,723.00) |
| Thomas | John | | H.P. Project Thirty One LLC | $25,890.00 | $5,914.05 | ($19,975.95) |
| Thomas | John | | H.P. Project Twenty Eight LLC | $30,040.00 | $11,175.80 | ($18,864.20) |
| Thomas | John | | H.P. Project Twenty Seven LLC | $32,000.00 | $11,983.80 | ($20,016.20) |
| Thomas | John | | H.P. Hawaii Project Two LLC | $34,080.00 | $7,832.80 | ($26,247.20) |
| Thomas | John | | W.H. Project Five LLC | $34,800.00 | $1,565.28 | ($33,234.72) |
| Thomas | John | | Cal Indi One LLC | $39,920.00 | $11,190.64 | ($28,729.36) |
| Thomas | John | | H.P. Hawaii Project LLC | $41,655.00 | $15,831.45 | ($25,823.55) |
| Thomas | John | | Cal Indi One LLC | $39,920.00 | $11,190.64 | ($28,729.36) |
| Thomas | John | | H.P. Hawaii LLC | $41,655.00 | $15,831.45 | ($25,823.55) |
| Thomas | John | | H.P. Hawaii Project Two LLC | $34,080.00 | $7,832.80 | ($26,247.20) |
| Thomas | John | | H.P. Project Twenty Seven LLC | $32,000.00 | $11,983.80 | ($20,016.20) |
| Thomas | John | | H.P. Project Twenty Eight LLC | $30,040.00 | $11,175.80 | ($18,864.20) |
| Thomas | John | | H.P. Project Thirty One LLC | $25,890.00 | $5,914.05 | ($19,975.95) |
| Thomas | John | | W.H. Project Five LLC | $34,800.00 | $1,565.28 | ($33,234.72) |
| TPH Investments | | Thomas & Pamela Howe | AMB Project Seven LLC | $25,280.00 | $22,720.00 | ($2,560.00) |
| TPH Investments | | Thomas & Pamela Howe | ATL Project Two LLC | $28,500.00 | $0.00 | ($28,500.00) |
| TPH Investments | | Thomas & Pamela Howe | H.P. Hawaii Project LLC | $28,770.00 | $9,232.10 | ($19,537.90) |
| TPH Investments | | Thomas & Pamela Howe | ATL Project One LLC | $29,500.00 | $5,068.00 | ($24,432.00) |
| TPH Investments | | Thomas & Pamela Howe | H.P. Project Thirty Three LLC | $29,590.00 | $5,266.28 | ($24,323.72) |
| TPH Investments | | Thomas & Pamela Howe | Cal Indi One LLC | $30,940.00 | $8,393.01 | ($22,546.99) |
| TPH Investments | | Thomas & Pamela Howe | H.P. Project Virginia LLC | $32,600.00 | $12,012.68 | ($20,587.32) |
| TPH Investments | | Thomas & Pamela Howe | Asia Project One LLC | $33,000.00 | $1,201.00 | ($31,799.00) |
| TPH Investments | | Thomas & Pamela Howe | H.P. Project Thirty Five LLC | $36,680.00 | $4,895.76 | ($31,784.24) |
| TPH Investments | | Thomas & Pamela Howe | H.P. Project Thirty Four LLC | $39,474.00 | $7,102.56 | ($32,371.44) |
| TPH Investments | | Thomas & Pamela Howe | L.V. Grand Project LLC | $49,450.00 | $29,314.54 | ($20,135.46) |
| Trimas | Marvin | Marvin & Marsha Trimas Trust | | | | |
| Tuori | William & Beverly | | Cable Beach Project LLC | $63,200.00 | | |
| Tuori | William & Beverly | | H.P. Project Virginia LLC | $68,000.00 | | |
| Tuori | William & Beverly | | Total | $131,200.00 | $46,660.76 | ($84,539.24) |
| Velasco | Steve | | H.P. Project Twenty Eight LLC | $30,040.00 | $11,175.80 | ($18,864.20) |
| Velthoven | James | | Cal Indi Two LLC | $29,580.00 | $8,006.34 | ($21,573.66) |
| Velthoven | Michael | | W.H. Project Six LLC | $22,240.00 | $0.00 | ($22,240.00) |
| Viviano | Paul | | H.P. Project Fourteen LLC | $30,640.00 | $16,715.08 | ($13,924.92) |

Case 2:08-cv-11261-AJT-MAR   ECF No. 1-2, PageID.96   Filed 03/24/08   Page 46 of 50

| Last Name | First Name(s) | Investment Entity | LLC Invested In | Amount Invested | Amount Received | Variance |
|---|---|---|---|---|---|---|
| Wallace E. Howe Trust | | | | | | |
| Wallace E. Howe Trust | | Wallace Howe | ATL Project Two LLC | $28,500.00 | $0.00 | ($28,500.00) |
| Wallace E. Howe Trust | | Wallace Howe | ATL Project One LLC | $29,500.00 | $5,068.00 | ($24,432.00) |
| Wallace E. Howe Trust | | Wallace Howe | H.P. Project Eleven LLC | $32,360.00 | $17,943.28 | ($14,416.72) |
| Wallace E. Howe Trust | | Wallace Howe | H.P. Project Virginia LLC | $32,600.00 | $12,012.68 | ($20,587.32) |
| Wallace E. Howe Trust | | Wallace Howe | L.V. Grand Project LLC | $49,450.00 | $29,314.54 | ($20,135.46) |
| Webb | Darryl & Marrianna | | ATL Project LLC | $28,500.00 | $5,068.00 | ($23,432.00) |
| Webb | Darryl & Marrianna | | H.P. Project Ten LLC | $31,280.00 | $20,926.00 | ($10,354.00) |
| Webb | Darryl & Marrianna | | W.H. Europe Two LLC | $26,415.00 | $0.00 | ($26,415.00) |
| Webb | Ryan & Julie | | ATL Project One LLC | $28,500.00 | $5,068.00 | ($23,432.00) |
| Webb | Ryan & Julie | | W.H. Project Six LLC | $22,240.00 | $0.00 | ($22,240.00) |
| Weiss | Mark | | W.H. Europe Two LLC | $20,000.00 | $0.00 | ($20,000.00) |
| Weiss | Mark | | Desert Project Fifteen LLC | $25,117.00 | $15,243.36 | ($9,873.64) |
| Weiss | Mark | | Desert Project Fifteen LLC | $25,117.00 | $15,243.36 | ($9,873.64) |
| Weiss | Mark | | New Jersey Project One LLC | $29,340.00 | $24,430.70 | ($4,909.30) |
| Weiss | Mark | | New Jersey Project One LLC | $29,430.00 | $24,430.70 | ($4,999.30) |
| Weiss | Mark | | Venice Project LLC | $30,600.00 | $20,400.25 | ($10,199.75) |
| Weiss | Mark | | China Project LLC | $32,000.00 | $3,633.00 | ($28,367.00) |
| Weiss | Mark | | W.H. Project Two LLC | $32,560.00 | $29,824.04 | ($2,735.96) |
| Weiss | Mark | | W.H. Project Two LLC | $32,560.00 | $29,824.04 | ($2,735.96) |
| Weiss | Mark | | New Jersey Project Two LLC | $41,058.00 | $31,396.06 | ($9,661.94) |
| Weiss | Mark | | New Jersey Project Two LLC | $41,058.00 | $31,396.06 | ($9,661.94) |
| Weiss | Mark | | Florida Group Project Three LLC | $44,000.00 | $31,757.03 | ($12,242.97) |
| Weiss | Mark | | Flordia Group Six LLC | $44,520.00 | $18,212.54 | ($26,307.46) |
| Weiss | Mark | Get Your Red On LLC | Bahamas Project LLC | $47,000.00 | $6,183.00 | ($40,817.00) |
| White | James & Mary | | | | | |
| White | James & Mary | | ATL Project One LLC | $28,500.00 | $5,068.00 | ($23,432.00) |
| White | James & Mary | | Other May LLCs | $30,000.00 | $2,800.00 | ($27,200.00) |
| White | James & Mary | | H.P. Hawaii LLC | $27,770.00 | $8,231.70 | ($19,538.30) |
| Winters | Ronald | | H.P. Project Thirty Three LLC | $28,590.00 | $5,266.00 | ($23,324.00) |
| Winters | Ronald | | SRS Project Four LLC | $24,400.00 | $22,286.17 | ($2,113.83) |
| Winters | Ronald | Ski Tec, Inc. | Stardust Project LLC | $31,300.00 | $28,654.78 | ($2,645.22) |
| Wyzer | William & Christine | BJW Investments LLC | | | | |
| Zerba | Christopher & Julie | | | | | |
| Zerba | Christopher & Julie | | ATL Project One LLC | $28,500.00 | $5,068.00 | ($23,432.00) |
| Zerba | Christopher & Julie | | ATL Project Two LLC | $28,500.00 | $0.00 | ($28,500.00) |
| Zerba | Yvonne | | H.P. Virginia Project LLC | $31,600.00 | $12,012.68 | ($19,587.32) |
| Zielkowski | Joe | | H.P. Project Thirty Three LLC | $38,120.00 | $7,021.68 | ($31,098.32) |
| Zielkowski | Joe | | Other May LLCs | $30,000.00 | $1,440.40 | ($28,559.60) |
| Zielkowski | Robert | | H.P. Project Thirty Six LLC | $33,920.00 | $1,440.40 | ($32,479.60) |
| Zielkowski | Robert | | Other May LLCs | $30,000.00 | $0.00 | ($30,000.00) |
| Zielkowski | Robert | | Other May LLCs | $31,360.00 | $17,996.28 | ($13,363.72) |
| Zimmerman | Michael | | Other May LLCs | $56,400.00 | $21,420.80 | ($34,979.20) |
| Zimmerman | Michael | | Asia Project One | $32,000.00 | $1,201.00 | ($30,799.00) |
| Zimmerman | Michael | | ATL Project One LLC | $28,500.00 | $5,068.00 | ($23,432.00) |
| | | | ATL Project Two LLC | $27,500.00 | $0.00 | ($27,500.00) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ACKER, et al.

          Plaintiffs,

v.

DOEREN MAYHEW & COMPANY, et al.,

          Defendants.

Case: 2:08-cv-11261
Judge: Cleland, Robert H
Referral MJ: Majzoub, Mona K
Filed: 03-24-2008 At 01:21 PM
REM ACKER, ET AL. V. DOEREN MAYHEW &
CO, ET AL (TAM)

| | |
|---|---|
| R. Christopher Cataldo (P39353)<br>Jaffe, Raitt, Heuer & Weiss, P.C.<br>27777 Franklin Road, Suite 2500<br>Southfield, Michigan 48034<br>(248) 351-3000 | Dennis M. Haffey (P26378)<br>Benjamin W. Jeffers (P57161)<br>Matthew Mitchell (P69810)<br>Dykema Gossett PLLC<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, Michigan 48304<br>(248) 203-0813 |
| John W. Schryber<br>David C. Silver<br>Patton Boggs, LLP<br>2550 M St., NW<br>Washington, DC 20037<br>(202) 457-6015 | *Attorneys for Defendant Doeren Mayhew<br>& Co., P.C.* |
| | Scott T. Seabolt (P55890)<br>Foley & Lardner LLP<br>One Detroit Center |
| Scott L. Silver<br>Law Offices of Blum & Silver, LL<br>12540 West Atlantic Boulevard<br>Coral Springs, Florida 33071<br>(954) 255-8181 | 500 Woodward Avenue, Suite 2700<br>Detroit, Michigan 48226<br>(313) 234-7115 |
| *Attorneys for Plaintiffs* | Lisa L. Tharpe (of counsel)<br>Foley & Lardner LLP<br>321 N. Clark, Suite 2800<br>Chicago, Illinois 60610<br>(312) 832-5175 |
| | *Attorneys for Defendants Todd Fox, James<br>O'Rilley, Joann Fox, Nancy O'Rilley and<br>SamJack Investments, Inc.* |

## PROOF OF SERVICE

2

NOEMI A. ALVAREZ states that on **March 24, 2008**, she caused to be served Defendants Todd Fox's and James O'Rilley's, Joann Fox, Nancy O'Rilley and SamJack Investments, Inc.'s Notice of Removal with Civil Cover Sheet and this Proof of Service via electronic mail and by depositing same in a United States mail box with postage fully paid located in Detroit, Michigan addressed to:

R. Christopher Cataldo, Esq.
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034

John W. Schryber, Esq.
David C. Silver, Esq.
Patton Boggs, LLP
2550 M. St., NW
Washington, DC  20037

Scott L. Silver, Esq.
Law Offices of Blum & Silver LL
12540 West Atlantic Boulevard
Coral Springs, Florida  33071

NOEMI A. ALVAREZ

2

./99 **CIVIL COVER SHEET**   COUNTY IN WHICH THIS ACTION AROSE: **OAKLAND**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. **(SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)**

**I (a) PLAINTIFFS**
John Acker, Kari Acker,
**(See attached for remaining plaintiffs)**

**DEFENDANTS**

Doeren Mayhew & Company Professional Corporation d/b/a Doeren Mayhew, Todd R, Fox, James P. O'Rilley, Joanne Fox, Nancy O'Rilley and Samjack Investments, Inc.

**(b)** County of Residence of First Listed Plaintiff Oakland
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Oakland
IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Jaffe, Raitt, Heuer & Weiss, P.C.
R. Christopher Cataldo (P39353)
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000

ATTORNEYS (IF KNOWN)

FOLEY & LARDNER LLP
Scott T. Seabolt (P55890)
500 Woodward Avenue, Suite 2700
Detroit, MI 48226
(313) 234-7100

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
X 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
(For Diversity Cases Only)   FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

Citizen o
Citizen o
Citizen o
Foreign

Case: 2:08-cv-11261
Judge: Cleland, Robert H
Referral MJ: Majzoub, Mona K
Filed: 03-24-2008 At 01:21 PM
REM ACKER, ET AL V. DOEREN MAYHEW & CO, ET AL (TAM)

**IV. NATURE OF SUIT** *(PLACE AN x IN ONE BOX ONLY)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury ☐ Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/ etc. |
| ☐ 150 Recovery of Over-payment & Enforce-ment of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety & Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Over-payment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 160 Stockholders' Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| | | | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant | ☐ 900 Appeal of Fee Determina-tion Under Equal Access to Justice |
| ☐ 220 Foreclosure | 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 871 IRS ☐ Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Leases & Eject-ment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 890 Other Statutory Actions |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

**V. ORIGIN**   *(PLACE AN x IN ONE BOX ONLY)*

☐ Original Proceeding
X 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Notice of removal pursuant to 28 U.S.C.§§ 1331 and 1441, *et seq.*

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
**DEMAND $** Exceeds jurisdictional amount of trial court
Check YES only if demanded in complaint:
**\*JURY DEMAND:** X Yes No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 3/24/08   SIGNATURE OF ATTORNEY OF RECORD   Scott Seabolt (w/permission R.C.T.)

**UNITED STATES DISTRICT COURT**

**CIVIL COVER SHEET**

**I (A) PLAINTIFFS - CONTINUED**

HENRY ABRAMS, MICHAEL ABRAMS, BRIAN ADELMAN, JEFFREY AUGUSTYN, PATRICIA AUGUSTYN, KATHERINE BARKER, MICHAEL BARKER, AMY BENGALA, MARIO BENGALA, MARK BERGIN, LORETTA BERTUCCI, KEITH BOROWY, KAREN BOROWY, PATRICIA BURGESS, PATRICK BURGESS, ROBERT CANZANO, NATALIE CARROLL, MATTHEW CARTER, PHILIP CARTER, ANDREW COLMAN, DEBORAH COLMAN, JOHN DOMBROWSKY, SUSAN DOMBROWSKY, ANNETTE EICHEN, GARY EMERICK, KATHRYN EMERICK, FRED FERBER, MARVIN FREEDMAN, ROCHELLE FREEDMAN, MORTON F REEDMAN, MICHAEL SCOTT FREELAND, IRWIN GOREN, STEVEN GOREN, LINDSAY GROSS, HAROLD HADDEN, JOANNE HADDEN, JACQUELIN HOLUBKA, BEVERLY HOWE, PAMELA HOWE, THOMAS HOWE, JEROME KAUFMAN, DANIEL KENNEDY, LISA KENNEDY, VICTOR KUBANI, GINO LEDONNE, RONALD LICHT, GILBERT MAYER, MICHAEL MCNAMARA, JILL MEHR, VIRGINIA MEHR, PEPINO MELONI, DAVID MOSS, JOHN MURPHY, RITA MURPHY, THOMAS A. OBERTS, GARY O'BRYAN, KATHRYN O'BRYAN, KATHY O'BRYAN, PATRICK O'BRYAN, DONALD ORLICH, PATRICIA ORLICH, RICHARD PADDISON, WENDY PADDISON, DOUGLAS PIGOTT, KIRSTEN PIGOTT, HERBERT RECHTER, MITCHELL RECHTER, RONALD RECHTER, DEAN RHODES, DANIELLE RUSS, KATHLEEN RUSS, WILLIAM SILVERSTONE, MURRAY SNYDER, BRENDA STEUR, JULIE STEVENSON, MARK STEVENSON, MARVIN TRIMAS, CHRISTINE WYZER, WILLIAM WYZER, MICHAEL ZIMMERMAN, ALRON CONNECTICUT LLC, ALRON FLORIDA HILTON LLC, AMERICAN ALLOYS INC., GET YOUR RED ON, LLC, and TPH INVESTMENTS, INC.

AND

DETR_714451.1