PRASHANT ARYA, SMRITI ARYA, GUS
AVGOUSTIS, BETH BALOGH, LAUREN
BARKER, SAM BARON, T IM BERGER, RONALD
E. BITTKER, THOMAS BOHN, MARY BOHN,
JEAN BURNS, TONIA BUSCH, LINDA
CANZANO, DAVID CARROLL, RICCARDO, J.
CECCACCI, EUGENE F. CHRISTIE, JUDITH W.
CHRISTIE, MICHELLE COLYER, ILENE CRESS,
GARY CROCKER, JIM CZAPLA, PATRICIA
DAVIS, ROBERT DAVIS, JOSEPH DECKER,
ROBERT LEE DERANEK, JUSTIN DEWITTE,
DELYNN DINDOFFER, TIMOTHY DINDOFFER,
WILLIAM DISALVATORE, ABRAM DOBRUSIN,
ANNA DOBRUSIN, BRYCE H. DOCKINS,
JOSEPHINE DOCKINS, STEVEN FINK,
GREGORY FOGLE, JUSTIN, R. FOGLE, ANNE A.
GILES, DANIEL K. GILES, ELEANOR GOREN,
FRED GOREN, RICHARD HAMBLEY,
CATHERINE HAMBLEY, CAROL HARRIS,
ROBERT HARRIS, DAVID HATTIE, JAMES M.
HEPPARD, HARRY HILL, MADELINE HILL,
BRENT HODGE, TRACY HODGE, MICHAEL
HORGAN, LISA HORGAN, WALLACE HOWE,
HEATHER HUNTER, JOSEPH HUNTER,
RICHARD W. JEDOWOLASKI, JR., SAMUEL
KIRK DENISE M. KIZY, JOSEPH KUBANI, ERIC I.
KUTINSKY, KAY KUTINSKY, BRIAN
LAMBRECHT, KRISTINE LAMBRECHT, DIANA
LANSBERG, MARK LARAIA, ROBIN LARAIA,
DAVID LAWRENCE, MICHAEL LAX, YVONNE
LAX, NANCY LEVERENCE, DEMETRIOS
LIAROS, CLAIRE LIPTEN, GREGORY LITTLE,
PATRICIA L. LITTLE, PENNY S. LUNDBERG,
STEVEN L. LUNDBERG, JUDITH A. MACADAM,
WILLIAM F. MACADAM, JR., FRANK
MANCHEL, SALVATORE MANNINO, DAVID
MCGAHEY, VALERIE MCGUIRE, VERN
MCKEEVER, MATTHEW MEYER, SIDNEY
MILLER, TERESA MITCHELL, BRIAN
NICHOLSON, CATHERYNE NICHOLSON,
THOMAS O'BRYAN, LISA O'CONNER, THOMAS
O'CONNER, BRUCE A. OLSON, JUDY A. OLSON,
JOHN H. OSTRANDER, SALLY PAULS, DONALD
PETERSON, DAPHNE PETERSON, SUZANNE
PEW, JAMES PHIPPS, RONDA PHIPPS, DOLORES
PIELACK, STANLEY PIELACK, GEORGE

2

POLETES, LISETTE POLETES, DEBORAH
POUSHO, JEFF POUSHO, NANCY A. REID, ROSE
RHODES, MARY ANN RICKENS, WALTER
RICKENS, JUDY ANN ROGERS, ROBERT E.
ROSE, PHILIP J. RUEHL, DAVID SAAR, GORDON
SCARLETT, MARKUS SCHLIPPHAK, DIANA
SCHRODER, BEVERLY SHAVER, THOMAS
SHAVER, JOHN SHOLANDER, STEVEN
SHUSTER, RALPH SILVEY, SHIRLEY SILVEY,
BRYAN SMITH, JENNIFER SMITH, TERRANCE
SMITH, GORDON E. SNAVELY, ROSEMARY C.
SNAVELY, JEANNE H. SNIDER, KENNETH J.
SNIDER, JOHN SOKOLIK, STUART SPRAGUE,
LINDA ST. LOUIS, WILLIAM ST. LOUIS, STEVEN
T. SUNDERBERG, JOHN THOMAS, BEVERLY
TUORI, WILLIAM TUORI, STEVE VELASCO,
JAMES VELTHOVEN, MICHAEL VELTHOVEN,
PAUL VIVIANO, DARRYL WEBB, JULIE WEBB,
MARRIANNA WEBB, RYAN WEBB, MARK
WEISS, JAMES WHITE, MARY WHITE, RONALD
WINTERS, CHRISTOPHER ZERBA, JULIE
ZERBA, YVONNE ZERBA, JOE ZIELKOWSKI,
ROBERT ZIELKOWSKI, ATLANTIS
COMMUNICATIONS PROJECT LLC, BEVERLY
HOWE TRUST, BGLG LLC, BJW INVESTMENTS
LLC, CALIFORNIA HILTON COMMUNICATIONS
LLC, DCMD COMMUNICATIONS LLC,
DYNAMICS FINANCIAL LLC, ENGINEERING BY
THE RUEHLS INC., FLORIDA HILTON
COMMUNICATIONS LLC, GORDON E.
SNAVELY FAMILY TRUST, GOTHAM CITY
COMMUNICATIONS LLC, HALE TRUST,
HAMBLEY FAMILY TRUST, ITALIAN PROJECT
TELECOM LLC, JUST INVESTMENTS
SOLUTIONS LLC, MACAU ISLAND
COMMUNICATIONS PROJECT LLC, MARVIN
AND MARSHA TRIMAS TRUST, MT
INVESTMENT GROUP LLC, NATALIE CARROLL
TRUST, PETERSON FAMILY TRUST, PIELACK
FAMILY TRUST, ROSEMARY C. SNAVELY
FAMILY TRUST, SKI TEC INC., SPECS INC.,
TBNJ TELECOM LLC and WALLACE E. HOWE
TRUST,

      Plaintiffs

3

DETR_714451.1

# PURSUANT TO LOCAL RULE 83.11

1.　Is this a case that has been previously dismissed?　　　　☐ Yes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.　Other than stated above, are there any pending or previously
　　discontinued or dismissed companion cases in this or any other　☒ Yes
　　court, including state court? (Companion cases are matters in which　☐ No
　　it appears substantially similar evidence will be offered or the same
　　or related parties are present and the cases arise out of the same
　　transaction or occurrence.)

If yes, give the following information:

*Without admitting that the cases constitute "companion cases" as defined under Local Rule 83.11,
Defendants disclose the following pending cases:*

Court: Eastern District of Michigan
Case No.: 2:07-cv-14954
Judge: John Feikens

Court: Eastern District of Michigan
Case No.: 2:08-cv-10927
Judge: Julian Abele Cook

Court: Oakland County Circuit Court
Case No.: 08-089299-NM
Judge: Rudy J. Nichols

Notes :