JS 44 11/99

# AMENDED CIVIL COVER SHEET

**COUNTY IN WHICH THIS ACTION AROSE: OAKLAND**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. **(SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)**

## I. (a) PLAINTIFFS
John Acker, Kari Acker,
**(See attached for remaining plaintiffs)**

## DEFENDANTS — ORIGINAL
Doeren Mayhew & Company Professional Corporation d/b/a Doeren Mayhew, Todd R. Fox, James P. O'Rilley, Joanne Fox, Nancy O'Rilley and Samjack Investments, Inc.

(b) County of Residence of First Listed Plaintiff: Oakland
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Oakland
IN U.S. PLAINTIFF CASES ONLY
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Jaffe, Raitt, Heuer & Weiss, P.C.
R. Christopher Cataldo (P39353)
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000

ATTORNEYS (IF KNOWN)

FOLEY & LARDNER LLP
Scott T. Seabolt (P55890)
500 Woodward Avenue, Suite 2700
Detroit, MI 48226
(313) 234-7100

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only) (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

Case: 2:08-cv-11261
Judge: Cleland, Robert H
Referral MJ: Majzoub, Mona K

## IV. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☒ 190 Other Contract
- ☐ 195 Contract Product Liability

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury Med Malpractice
- ☐ 365 Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Leases & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Other

**[Other]**
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety & Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**[Bankruptcy]**
- ☐ 423 Withdrawal 28 USC 157 / 28 USC 158

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS – Third Party 26 USC 7609

**[Other Statutes]**
- ☐ 400 Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## V. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Notice of removal pursuant to 28 U.S.C.§§ 1331 and 1441, *et seq.*

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $** Exceeds jurisdictional amount of trial court

Check YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____ DOCKET NUMBER _____

DATE: March 25, 2008

SIGNATURE OF ATTORNEY OF RECORD: *Scott T. Seabolt* /s/

UNITED STATES DISTRICT COURT

**CIVIL COVER SHEET**

**I (A) PLAINTIFFS - CONTINUED**

HENRY ABRAMS, MICHAEL ABRAMS, BRIAN ADELMAN, JEFFREY AUGUSTYN, PATRICIA AUGUSTYN, KATHERINE BARKER, MICHAEL BARKER, AMY BENGALA, MARIO BENGALA, MARK BERGIN, LORETTA BERTUCCI, KEITH BOROWY, KAREN BOROWY, PATRICIA BURGESS, PATRICK BURGESS, ROBERT CANZANO, NATALIE CARROLL, MATTHEW CARTER, PHILIP CARTER, ANDREW COLMAN, DEBORAH COLMAN, JOHN DOMBROWSKY, SUSAN DOMBROWSKY, ANNETTE EICHEN, GARY EMERICK, KATHRYN EMERICK, FRED FERBER, MARVIN FREEDMAN, ROCHELLE FREEDMAN, MORTON F REEDMAN, MICHAEL SCOTT FREELAND, IRWIN GOREN, STEVEN GOREN, LINDSAY GROSS, HAROLD HADDEN, JOANNE HADDEN, JACQUELIN HOLUBKA, BEVERLY HOWE, PAMELA HOWE, THOMAS HOWE, JEROME KAUFMAN, DANIEL KENNEDY, LISA KENNEDY, VICTOR KUBANI, GINO LEDONNE, RONALD LICHT, GILBERT MAYER, MICHAEL MCNAMARA, JILL MEHR, VIRGINIA MEHR, PEPINO MELONI, DAVID MOSS, JOHN MURPHY, RITA MURPHY, THOMAS A. OBERTS, GARY O'BRYAN, KATHRYN O'BRYAN, KATHY O'BRYAN, PATRICK O'BRYAN, DONALD ORLICH, PATRICIA ORLICH, RICHARD PADDISON, WENDY PADDISON, DOUGLAS PIGOTT, KIRSTEN PIGOTT, HERBERT RECHTER, MITCHELL RECHTER, RONALD RECHTER, DEAN RHODES, DANIELLE RUSS, KATHLEEN RUSS, WILLIAM SILVERSTONE, MURRAY SNYDER, BRENDA STEUR, JULIE STEVENSON, MARK STEVENSON, MARVIN TRIMAS, CHRISTINE WYZER, WILLIAM WYZER, MICHAEL ZIMMERMAN, ALRON CONNECTICUT LLC, ALRON FLORIDA HILTON LLC, AMERICAN ALLOYS INC., GET YOUR RED ON, LLC, and TPH INVESTMENTS, INC.

AND

PRASHANT ARYA, SMRITI ARYA, GUS AVGOUSTIS, BETH BALOGH, LAUREN BARKER, SAM BARON, TIM BERGER, RONALD E. BITTKER, THOMAS BOHN, MARY BOHN, JEAN BURNS, TONIA BUSCH, LINDA CANZANO, DAVID CARROLL, RICCARDO, J. CECCACCI, EUGENE F. CHRISTIE, JUDITH W. CHRISTIE, MICHELLE COLYER, ILENE CRESS, GARY CROCKER, JIM CZAPLA, PATRICIA DAVIS, ROBERT DAVIS, JOSEPH DECKER, ROBERT LEE DERANEK, JUSTIN DEWITTE, DELYNN DINDOFFER, TIMOTHY DINDOFFER, WILLIAM DISALVATORE, ABRAM DOBRUSIN, ANNA DOBRUSIN, BRYCE H. DOCKINS, JOSEPHINE DOCKINS, STEVEN FINK, GREGORY FOGLE, JUSTIN, R. FOGLE, ANNE A. GILES, DANIEL K. GILES, ELEANOR GOREN, FRED GOREN, RICHARD HAMBLEY, CATHERINE HAMBLEY, CAROL HARRIS, ROBERT HARRIS, DAVID HATTIE, JAMES M. HEPPARD, HARRY HILL, MADELINE HILL, BRENT HODGE, TRACY HODGE, MICHAEL HORGAN, LISA HORGAN, WALLACE HOWE, HEATHER HUNTER, JOSEPH HUNTER, RICHARD W. JEDOWOLASKI, JR., SAMUEL KIRK DENISE M. KIZY, JOSEPH KUBANI, ERIC I. KUTINSKY, KAY KUTINSKY, BRIAN LAMBRECHT, KRISTINE LAMBRECHT, DIANA LANSBERG, MARK LARAIA, ROBIN LARAIA, DAVID LAWRENCE, MICHAEL LAX, YVONNE LAX, NANCY LEVERENCE, DEMETRIOS LIAROS, CLAIRE LIPTEN, GREGORY LITTLE, PATRICIA L. LITTLE, PENNY S. LUNDBERG, STEVEN L. LUNDBERG, JUDITH A. MACADAM, WILLIAM F. MACADAM, JR., FRANK MANCHEL, SALVATORE MANNINO, DAVID MCGAHEY, VALERIE MCGUIRE, VERN MCKEEVER, MATTHEW MEYER, SIDNEY MILLER, TERESA MITCHELL, BRIAN NICHOLSON, CATHERYNE NICHOLSON, THOMAS O'BRYAN, LISA O'CONNER, THOMAS O'CONNER, BRUCE A. OLSON, JUDY A. OLSON, JOHN H. OSTRANDER, SALLY PAULS, DONALD PETERSON, DAPHNE PETERSON, SUZANNE PEW, JAMES PHIPPS, RONDA PHIPPS, DOLORES PIELACK, STANLEY PIELACK, GEORGE

2

POLETES, LISETTE POLETES, DEBORAH
POUSHO, JEFF POUSHO, NANCY A. REID, ROSE
RHODES, MARY ANN RICKENS, WALTER
RICKENS, JUDY ANN ROGERS, ROBERT E.
ROSE, PHILIP J. RUEHL, DAVID SAAR, GORDON
SCARLETT, MARKUS SCHLIPPHAK, DIANA
SCHRODER, BEVERLY SHAVER, THOMAS
SHAVER, JOHN SHOLANDER, STEVEN
SHUSTER, RALPH SILVEY, SHIRLEY SILVEY,
BRYAN SMITH, JENNIFER SMITH, TERRANCE
SMITH, GORDON E. SNAVELY, ROSEMARY C.
SNAVELY, JEANNE H. SNIDER, KENNETH J.
SNIDER, JOHN SOKOLIK, STUART SPRAGUE,
LINDA ST. LOUIS, WILLIAM ST. LOUIS, STEVEN
T. SUNDERBERG, JOHN THOMAS, BEVERLY
TUORI, WILLIAM TUORI, STEVE VELASCO,
JAMES VELTHOVEN, MICHAEL VELTHOVEN,
PAUL VIVIANO, DARRYL WEBB, JULIE WEBB,
MARRIANNA WEBB, RYAN WEBB, MARK
WEISS, JAMES WHITE, MARY WHITE, RONALD
WINTERS, CHRISTOPHER ZERBA, JULIE
ZERBA, YVONNE ZERBA, JOE ZIELKOWSKI,
ROBERT ZIELKOWSKI, ATLANTIS
COMMUNICATIONS PROJECT LLC, BEVERLY
HOWE TRUST, BGLG LLC, BJW INVESTMENTS
LLC, CALIFORNIA HILTON COMMUNICATIONS
LLC, DCMD COMMUNICATIONS LLC,
DYNAMICS FINANCIAL LLC, ENGINEERING BY
THE RUEHLS INC., FLORIDA HILTON
COMMUNICATIONS LLC, GORDON E.
SNAVELY FAMILY TRUST, GOTHAM CITY
COMMUNICATIONS LLC, HALE TRUST,
HAMBLEY FAMILY TRUST, ITALIAN PROJECT
TELECOM LLC, JUST INVESTMENTS
SOLUTIONS LLC, MACAU ISLAND
COMMUNICATIONS PROJECT LLC, MARVIN
AND MARSHA TRIMAS TRUST, MT
INVESTMENT GROUP LLC, NATALIE CARROLL
TRUST, PETERSON FAMILY TRUST, PIELACK
FAMILY TRUST, ROSEMARY C. SNAVELY
FAMILY TRUST, SKI TEC INC., SPECS INC.,
TBNJ TELECOM LLC and WALLACE E. HOWE
TRUST,

           Plaintiffs

3

# PURSUANT TO LOCAL RULE 83.11

1.  Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.  Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☒ Yes  ☐ No

If yes, give the following information:

*Without admitting that the cases constitute "companion cases" as defined under Local Rule 83.11, Defendants disclose the following pending cases:*

Court: Eastern District of Michigan
Case No.: 2:07-cv-14954
Judge: John Feikens

Court: Eastern District of Michigan
Case No.: 2:08-cv-10927
Judge: Julian Abele Cook

Court: Eastern District of Michigan
Case No.: 08-cv-11053
Judge: Paul D. Borman

Notes :