# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| JOHN ACKER, KARI ACKER, HENRY ABRAMS, MICHAEL ABRAMS, BRIAN ADELMAN, JEFFREY AUGUSTYN, PATRICIA AUGUSTYN, KATHERINE BARKER, MICHAEL BARKER, AMY BENGALA, MARIO BENGALA, MARK BERGIN, LORETTA BERTUCCI, KEITH BOROWY, KAREN BOROWY, PATRICIA BURGESS, PATRICK BURGESS, ROBERT CANZANO, NATALIE CARROLL, MATTHEW CARTER, PHILIP CARTER, ANDREW COLMAN, DEBORAH COLMAN, JOHN DOMBROWSKY, SUSAN DOMBROWSKY, ANNETTE EICHEN, GARY EMERICK, KATHRYN EMERICK, FRED FERBER, MARVIN FREEDMAN, ROCHELLE FREEDMAN, MORTON F REEDMAN, MICHAEL SCOTT FREELAND, IRWIN GOREN, STEVEN GOREN, LINDSAY GROSS, HAROLD HADDEN, JOANNE HADDEN, JACQUELIN HOLUBKA, BEVERLY HOWE, PAMELA HOWE, THOMAS HOWE, JEROME KAUFMAN, DANIEL KENNEDY, LISA KENNEDY, VICTOR KUBANI, GINO LEDONNE, RONALD LICHT, GILBERT MAYER, MICHAEL MCNAMARA, JILL MEHR, VIRGINIA MEHR, PEPINO MELONI, DAVID MOSS, JOHN MURPHY, RITA MURPHY, THOMAS A. OBERTS, GARY O'BRYAN, KATHRYN O'BRYAN, KATHY O'BRYAN, PATRICK O'BRYAN, DONALD ORLICH, PATRICIA ORLICH, RICHARD PADDISON, WENDY PADDISON, DOUGLAS PIGOTT, KIRSTEN PIGOTT, HERBERT RECHTER, MITCHELL RECHTER, RONALD RECHTER, DEAN RHODES, DANIELLE RUSS, KATHLEEN RUSS, WILLIAM SILVERSTONE, MURRAY SNYDER, BRENDA STEUR, JULIE STEVENSON, MARK STEVENSON, MARVIN TRIMAS, CHRISTINE WYZER, WILLIAM WYZER, MICHAEL ZIMMERMAN, ALRON CONNECTICUT LLC, ALRON FLORIDA HILTON LLC, AMERICAN ALLOYS INC., GET YOUR RED | Case No. 2:08-cv-11261<br><br>Hon. Robert H. Cleland<br><br><br>**DEFENDANT DOEREN MAYHEW'S CONSENT TO REMOVAL** |

ON, LLC, and TPH INVESTMENTS, INC.

AND

PRASHANT ARYA, SMRITI ARYA, GUS
AVGOUSTIS, BETH BALOGH, LAUREN
BARKER, SAM BARON, T IM BERGER, RONALD
E. BITTKER, THOMAS BOHN, MARY BOHN,
JEAN BURNS, TONIA BUSCH, LINDA
CANZANO, DAVID CARROLL, RICCARDO, J.
CECCACCI, EUGENE F. CHRISTIE, JUDITH W.
CHRISTIE, MICHELLE COLYER, ILENE CRESS,
GARY CROCKER, JIM CZAPLA, PATRICIA
DAVIS, ROBERT DAVIS, JOSEPH DECKER,
ROBERT LEE DERANEK, JUSTIN DEWITTE,
DELYNN DINDOFFER, TIMOTHY DINDOFFER,
WILLIAM DISALVATORE, ABRAM DOBRUSIN,
ANNA DOBRUSIN, BRYCE H. DOCKINS,
JOSEPHINE DOCKINS, STEVEN FINK,
GREGORY FOGLE, JUSTIN, R. FOGLE, ANNE A.
GILES, DANIEL K. GILES, ELEANOR GOREN,
FRED GOREN, RICHARD HAMBLEY,
CATHERINE HAMBLEY, CAROL HARRIS,
ROBERT HARRIS, DAVID HATTIE, JAMES M.
HEPPARD, HARRY HILL, MADELINE HILL,
BRENT HODGE, TRACY HODGE, MICHAEL
HORGAN, LISA HORGAN, WALLACE HOWE,
HEATHER HUNTER, JOSEPH HUNTER,
RICHARD W. JEDOWOLASKI, JR., SAMUEL
KIRK DENISE M. KIZY, JOSEPH KUBANI, ERIC I.
KUTINSKY, KAY KUTINSKY, BRIAN
LAMBRECHT, KRISTINE LAMBRECHT, DIANA
LANSBERG, MARK LARAIA, ROBIN LARAIA,
DAVID LAWRENCE, MICHAEL LAX, YVONNE
LAX, NANCY LEVERENCE, DEMETRIOS
LIAROS, CLAIRE LIPTEN, GREGORY LITTLE,
PATRICIA L. LITTLE, PENNY S. LUNDBERG,
STEVEN L. LUNDBERG, JUDITH A. MACADAM,
WILLIAM F. MACADAM, JR., FRANK
MANCHEL, SALVATORE MANNINO, DAVID
MCGAHEY, VALERIE MCGUIRE, VERN
MCKEEVER, MATTHEW MEYER, SIDNEY
MILLER, TERESA MITCHELL, BRIAN
NICHOLSON, CATHERYNE NICHOLSON,
THOMAS O'BRYAN, LISA O'CONNER, THOMAS
O'CONNER, BRUCE A. OLSON, JUDY A. OLSON,
JOHN H. OSTRANDER, SALLY PAULS, DONALD

PETERSON, DAPHNE PETERSON, SUZANNE
PEW, JAMES PHIPPS, RONDA PHIPPS, DOLORES
PIELACK, STANLEY PIELACK, GEORGE
POLETES, LISETTE POLETES, DEBORAH
POUSHO, JEFF POUSHO, NANCY A. REID, ROSE
RHODES, MARY ANN RICKENS, WALTER
RICKENS, JUDY ANN ROGERS, ROBERT E.
ROSE, PHILIP J. RUEHL, DAVID SAAR, GORDON
SCARLETT, MARKUS SCHLIPPHAK, DIANA
SCHRODER, BEVERLY SHAVER, THOMAS
SHAVER, JOHN SHOLANDER, STEVEN
SHUSTER, RALPH SILVEY, SHIRLEY SILVEY,
BRYAN SMITH, JENNIFER SMITH, TERRANCE
SMITH, GORDON E. SNAVELY, ROSEMARY C.
SNAVELY, JEANNE H. SNIDER, KENNETH J.
SNIDER, JOHN SOKOLIK, STUART SPRAGUE,
LINDA ST. LOUIS, WILLIAM ST. LOUIS, STEVEN
T. SUNDERBERG, JOHN THOMAS, BEVERLY
TUORI, WILLIAM TUORI, STEVE VELASCO,
JAMES VELTHOVEN, MICHAEL VELTHOVEN,
PAUL VIVIANO, DARRYL WEBB, JULIE WEBB,
MARRIANNA WEBB, RYAN WEBB, MARK
WEISS, JAMES WHITE, MARY WHITE, RONALD
WINTERS, CHRISTOPHER ZERBA, JULIE
ZERBA, YVONNE ZERBA, JOE ZIELKOWSKI,
ROBERT ZIELKOWSKI, ATLANTIS
COMMUNICATIONS PROJECT LLC, BEVERLY
HOWE TRUST, BGLG LLC, BJW INVESTMENTS
LLC, CALIFORNIA HILTON COMMUNICATIONS
LLC, DCMD COMMUNICATIONS LLC,
DYNAMICS FINANCIAL LLC, ENGINEERING BY
THE RUEHLS INC., FLORIDA HILTON
COMMUNICATIONS LLC, GORDON E.
SNAVELY FAMILY TRUST, GOTHAM CITY
COMMUNICATIONS LLC, HALE TRUST,
HAMBLEY FAMILY TRUST, ITALIAN PROJECT
TELECOM LLC, JUST INVESTMENTS
SOLUTIONS LLC, MACAU ISLAND
COMMUNICATIONS PROJECT LLC, MARVIN
AND MARSHA TRIMAS TRUST, MT
INVESTMENT GROUP LLC, NATALIE CARROLL
TRUST, PETERSON FAMILY TRUST, PIELACK
FAMILY TRUST, ROSEMARY C. SNAVELY
FAMILY TRUST, SKI TEC INC., SPECS INC.,
TBNJ TELECOM LLC and WALLACE E. HOWE
TRUST,

Plaintiffs,

v.

DOEREN MAYHEW & COMPANY
PROFESSIONAL CORPORATION d/b/a DOEREN
MAYHEW, TODD R. FOX, JAMES P. O'RILLEY,
JOANNE FOX, NANCY O'RILLEY, and SAMJACK
INVESTMENTS, INC.,

Defendants.

---

| | |
|---|---|
| R. Christopher Cataldo (P39353)<br>Jaffe, Raitt, Heuer, & Weiss, PC<br>Attorneys for Plaintiffs<br>27777 Franklin Road, Suite 2500<br>Southfield, MI  48034<br>248-351-3000 | Dennis M. Haffey (P26378)<br>Benjamin W. Jeffers (P57161)<br>Matthew Mitchell (P69810)<br>Dykema Gossett PLLC<br>Attorneys for Defendant<br>    Doeren Mayhew & Co., P.C.<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, MI  48304<br>248-203-0813 |
| John Schryber<br>David C. Silver<br>Patton Boggs, LLP<br>Attorneys for Plaintiffs<br>2550  M Street, NW<br>Washington, DC  20037<br>202-457-6015 | Scott T. Seabolt (P55890)<br>Foley & Lardner LLP<br>Attorneys for Defendants Todd R. Fox,<br>James P. O'Reilly, Joanne Fox, Nancy<br>O'Rilley and SamJack Investments<br>One Detroit Center<br>500 Woodward Avenue, Suite 2700<br>Detroit, MI  48226-3489<br>313-234-7115 |
| Scott L. Silver<br>Law Offices of Blum & Silver, LL<br>Co-Counsel for Plaintiffs<br>12540 West Atlantic Boulevard<br>Coral Springs, FL  33071<br>954-255-8181 | |

---

## DEFENDANT DOEREN MAYHEW'S CONSENT TO REMOVAL

Defendant Doeren Mayhew & Co., P.C. consents to and joins in the removal of this case to this Court.  The Notice Of Removal accurately stated that all defendants consented to the removal of this action.

Respectfully submitted,

DYKEMA GOSSETT PLLC

/s/ Dennis M. Haffey
Dennis M. Haffey (P26378)
Benjamin W. Jeffers (P57161)
Matthew Mitchell (P69810)
Attorneys for Defendant
    Doeren Mayhew & Co., P.C.
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI  48304
248-203-0813
dhaffey@dykema.com

Dated:  March 27, 2008

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2008, I electronically filed the foregoing paper with the

Clerk of the Court using the ECF system which will send notification of such filing to R.

Christopher Cataldo at ccataldo@jaffeelaw.com; and Scott T. Seabolt at seabolt@foley.com; and

that I have caused a copy to be mailed to:  John Schryber, 2550 M Street, NW, Washington, DC

20037, Scott L. Silver, 12540 West Atlantic Boulevard, Coral Springs, Florida 33071.

> /s/ Dennis M. Haffey
> Dennis M. Haffey (P26378)
> Dykema Gossett PLLC
> Attorneys for Defendant
>     Doeren Mayhew & Co., P.C.
> 39577 Woodward Avenue, Suite 300
> Bloomfield Hills, MI  48304
> 248-203-0813
> dhaffey@dykema.com

2