UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ACKER, et al.,

           Plaintiffs,

vs.

DOEREN MAYHEW & COMPANY, et al.,

           Defendants.
_____/

Case No. 08-11261

Hon. Robert H. Cleland

## DEFENDANTS SAMJACK INVESTMENTS INC.'S, JOANN FOX'S AND NANCY O'RILLEY'S AMENDED MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 9(b) AND 12(b)(6)

Defendants SamJack Investments, Inc. ("SamJack"), Joann Fox and Nancy O'Rilley (collectively, "SamJack Defendants"), by and through their attorneys, Foley & Lardner LLP, and pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), move this Court for an order dismissing all counts of Plaintiffs' First Amended Complaint (the "FAC") against them. In support of their Motion, the SamJack Defendants rely on the pleadings and records on file with the Court and the reasons more fully set forth in the accompanying Brief in Support.

In compliance with Local Rule 7.1, counsel for the SamJack Defendants called counsel for Plaintiffs on April 1, 2008 to explain the basis for and seek concurrence for the relief requested in the Motion. Concurrence has not been forthcoming.

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum of Law, the SamJack Defendants respectfully request that this Court dismiss Plaintiffs' First Amended Complaint against them with prejudice.

Dated: April 1, 2008

Respectfully submitted,

FOLEY & LARDNER LLP

s/ Scott Seabolt
Scott Seabolt (P55890)
One Detroit Center
500 Woodward Ave., Suite 2700
Detroit, Michigan 48226-3489
Phone: (313) 234-7100
email: sseabolt@foley.com

Lisa L. Tharpe (of counsel)
Foley & Lardner LLP
321 North Clark St., Suite 2800
Chicago, Illinois 60610
Phone: (312) 832-4500
email: ltharpe@foley.com

*Attorneys for Defendants Todd R. Fox, James O'Rilley, Joann Fox, Nancy O'Rilley and SamJack Investments, Inc.*

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ACKER, et al.

      Plaintiffs,

v.

DOEREN MAYHEW & COMPANY, et al.,

      Defendants.

Case No. 08-11261

Hon. Robert H. Cleland

| | |
|---|---|
| R. Christopher Cataldo (P39353)<br>Jaffe, Raitt, Heuer & Weiss, P.C.<br>27777 Franklin Road, Suite 2500<br>Southfield, Michigan 48034<br>(248) 351-3000<br><br>John W. Schryber<br>David C. Silver<br>Patton Boggs, LLP<br>2550 M St., NW<br>Washington, DC 20037<br>(202) 457-6015<br><br>Scott L. Silver<br>Law Offices of Blum & Silver, LL<br>12540 West Atlantic Boulevard<br>Coral Springs, Florida 33071<br>(954) 255-8181<br><br>*Attorneys for Plaintiffs* | Dennis M. Haffey (P26378)<br>Benjamin W. Jeffers (P57161)<br>Matthew Mitchell (P69810)<br>Dykema Gossett PLLC<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, Michigan 48304<br>(248) 203-0813<br>*Attorneys for Defendant Doeren Mayhew & Co., P.C.*<br><br>Scott T. Seabolt (P55890)<br>Foley & Lardner LLP<br>One Detroit Center<br>500 Woodward Avenue, Suite 2700<br>Detroit, Michigan 48226<br>(313) 234-7115<br><br>Lisa L. Tharpe (of counsel)<br>Foley & Lardner LLP<br>321 N. Clark, Suite 2800<br>Chicago, Illinois 60610<br>(312) 832-5175<br><br>*Attorneys for Defendants Todd Fox, James O'Rilley, Joann Fox, Nancy O'Rilley and SamJack Investments, Inc.* |

**PROOF OF SERVICE**

2

SCOTT T. SEABOLT states that on **April 1, 2008,** he caused to be served Defendants SamJack Investments, Inc.'s, Joann Fox's and Nancy O'Rilley's Amended Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and this Proof of Service via electronic mail addressed to:

R. Christopher Cataldo, Esq.
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034

John W. Schryber, Esq.
David C. Silver, Esq.
Patton Boggs, LLP
2550 M. St., NW
Washington, DC  20037

Scott L. Silver, Esq.
Law Offices of Blum & Silver LL
12540 West Atlantic Boulevard
Coral Springs, Florida  33071

                                              /s/
                             SCOTT T. SEABOLT

Dated: April 1, 2008

2