UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ACKER, et al.,

    Plaintiffs,

v

DOEREN MAYHEW & COMPANY, et. al.,

    Defendants.

Case No. 08-cv-11261

Hon. Robert H. Cleland

---

| | |
|---|---|
| R. Christopher Cataldo (P39353)<br>Jaffe, Raitt, Heuer & Weiss, PC<br>Attorney for Plaintiffs<br>27777 Franklin Rd., Ste. 2500<br>Southfield, MI 48034<br>(248) 351-3000<br>ccataldo@jaffelaw.com | Dennis M. Haffey (P26378)<br>Benjamin W. Jeffers (P57161)<br>Matthew Mitchell (P69810)<br>Dykema Gossett PLLC<br>Attorneys for Defendant Doeren Mayhew<br>39577 Woodward Ave., Ste. 300<br>Bloomfield Hills, MI 48304<br>(248) 203-0813<br>bjeffers@dykema.com |
| Scott L. Silver, Esq.<br>Law Offices of Blum & Silver, LL<br>Co-Counsel for Plaintiffs<br>12540 West Atlantic Boulevard<br>Coral Springs, FL 33071<br>(954) 255-8181 | Lisa L. Tharpe<br>Foley & Lardner LLP<br>Of Counsel for Defendants Todd Fox,<br>James O'Rilley, Joann Fox, Nancy O'Rilley<br>and SamJack Investments, Inc.<br>3231 N. Clark, Ste. 2800<br>Chicago, IL 60610<br>(312) 832-5175<br>ltharpe@foley.com |
| John W. Schryber<br>David C. Silver<br>Patton Boggs, LLP<br>Attorney for Plaintiffs<br>2550 M St., NW<br>Washington, DC 20037<br>(202) 457-6015 | Scott T. Seabolt (P55890)<br>Foley & Lardner LLP<br>Attorneys for Defendants Todd Fox,<br>James O'Rilley, Joann Fox, Nancy O'Rilley<br>and SamJack Investments, Inc.<br>One Detroit Center<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226-3489<br>(313) 234-7115<br>sseabolt@foley.com |

---

**APPEARANCE ON BEHALF OF PLAINTIFFS**

**TO:**   **Counsel of Record**

**PLEASE TAKE NOTICE** that R. Christopher Cataldo, of Jaffe Raitt Heuer & Weiss, P.C., hereby enters his Appearance as counsel of record on behalf of Plaintiffs in the above entitled cause of action.

    Respectfully Submitted,

    /s/ R. Christopher Cataldo
    R. Christopher Cataldo (P39353)
    Jaffe, Raitt, Heuer & Weiss, PC
    Attorney for Plaintiffs
    27777 Franklin Rd., Ste. 2500
    Southfield, MI 48034

Dated: April 2, 2008
    (248) 351-3000
    ccataldo@jaffelaw.com

1522000 01

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ACKER, et al.,

    Plaintiffs,

v

DOEREN MAYHEW & COMPANY, et. al.,

    Defendants.

Case No. 08-cv-11261

Hon. Robert H. Cleland

---

| | |
|---|---|
| R. Christopher Cataldo  (P39353)<br>Jaffe, Raitt, Heuer & Weiss, PC<br>Attorney for Plaintiffs<br>27777 Franklin Rd., Ste. 2500<br>Southfield, MI  48034<br>(248) 351-3000<br>ccataldo@jaffelaw.com | Dennis M. Haffey (P26378)<br>Benjamin W. Jeffers (P57161)<br>Matthew Mitchell (P69810)<br>Dykema Gossett PLLC<br>Attorneys for Defendant Doeren Mayhew<br>39577 Woodward Ave., Ste. 300<br>Bloomfield Hills, MI 48304<br>(248) 203-0813<br>bjeffers@dykema.com |
| Scott L. Silver, Esq.<br>Law Offices of Blum & Silver, LL<br>Co-Counsel for Plaintiffs<br>12540 West Atlantic Boulevard<br>Coral Springs, FL 33071<br>(954) 255-8181 | Lisa L. Tharpe<br>Foley & Lardner LLP<br>Of Counsel for Defendants Todd Fox,<br>James O'Rilley, Joann Fox, Nancy O'Rilley<br>and SamJack Investments, Inc.<br>3231 N. Clark, Ste. 2800<br>Chicago, IL  60610<br>(312) 832-5175<br>ltharpe@foley.com |
| John W. Schryber<br>David C. Silver<br>Patton Boggs, LLP<br>Attorney for Plaintiffs<br>2550 M St., NW<br>Washington, DC 20037<br>(202) 457-6015 | Scott T. Seabolt (P55890)<br>Foley & Lardner LLP<br>Attorneys for Defendants Todd Fox,<br>James O'Rilley, Joann Fox, Nancy O'Rilley<br>and SamJack Investments, Inc.<br>One Detroit Center<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226-3489<br>(313) 234-7115<br>sseabolt@foley.com |

**CERTIFICATE OF SERVICE**

1522004.01

I hereby certify that on April 2, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record as listed below:

Dennis M. Haffey
Benjamin W. Jeffers
Matthew Mitchell
Dykema Gossett PLLC
39577 Woodward Ave., Ste. 300
Bloomfield Hills, MI 48304
bjeffers@dykema.com

Scott T. Seabolt
Foley & Lardner LLP
One Detroit Center
500 Woodward Ave., Ste. 2700
Detroit, MI 48226-3489
sseabolt@foley.com

And I hereby certify that I have mailed a copy of the same paper by United States Postal Service to the below listed non-ECF participant:

John W. Schryber
David C. Silver
Patton Boggs, LLP
2550 M St., NW
Washington, DC 20037

PAMELA R. MATHEWS
Jaffe, Raitt, Heuer & Weiss, PC
27777 Franklin Rd., Ste. 2500
Southfield, MI  48034
(248) 351-3000
pmathews@jaffelaw.com

2

1522004.01