IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ACKER, *et al.*,

       Plaintiffs,                            Case No. 08-CV-11261

v.                                                Hon. Paul D. Borman

DOEREN MAYHEW & COMPANY,
*et al.*,

       Defendants.
_____/

| | |
|---|---|
| R. Christopher Cataldo  (P39353)<br>Jaffe, Raitt, Heuer & Weiss, PC<br>27777 Franklin Rd., Ste. 2500<br>Southfield, MI  48034<br>(248) 351-3000<br>*Attorneys for Plaintiffs* | Dennis M. Haffey (P26378)<br>Benjamin W. Jeffers (P57161)<br>Matthew Mitchell (P69810)<br>Dykema Gossett PLLC<br>39577 Woodward Ave., Ste. 300<br>Bloomfield Hills, MI 48304<br>(248) 203-0813<br>*Attorneys for Defendant Doeren Mayhew &<br>Co., P.C.* |
| John W. Schryber<br>David C. Silver<br>Patton Boggs LLP<br>2550 M St., NW<br>Washington, DC 20037<br>(202) 457-6000<br>*Attorneys for Plaintiffs* | Scott T. Seabolt (P55890)<br>Foley & Lardner LLP<br>One Detroit Center<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226<br>(313) 234-7115<br>*Attorneys for Defendants Todd Fox, James<br>O'Rilley, Joann Fox, Nancy O'Rilley, and<br>SamJack Investments, Inc.* |
| Scott L. Silver, Esq.<br>Blum & Silver, LLP<br>12540 West Atlantic Blvd.<br>Coral Springs, FL 33071<br>(954) 255-8181<br>*Attorneys for Plaintiffs* | |

**APPEARANCE**

To the Clerk of this Court:

Please enter the Appearance of John W. Schryber of the law firm Patton Boggs LLP as counsel for all Plaintiffs in this action.

Respectfully submitted,

/s/ John W. Schryber
John W. Schryber (admitted to the E.D. of Michigan)
Patton Boggs LLP
2550 M St., NW
Washington, DC 20037
(202) 457-6000
jschryber@pattonboggs.com
Attorneys for *Plaintiffs*

Dated: April 25, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record as listed below:

Dennis M. Haffey (P26378)
Benjamin W. Jeffers (P57161)
Matthew Mitchell (P69810)
Dykema Gossett PLLC
39577 Woodward Ave., Ste. 300
Bloomfield Hills, MI 48304
(248) 203-0813
bjeffers@dykema.com

Scott T. Seabolt (P55890)
Foley & Lardner LLP
One Detroit Center
500 Woodward Ave., Ste. 2700
Detroit, MI 48226
(248) 203-0813
sseabolt@foley.com

/s/ John W. Schryber
John W. Schryber
Patton Boggs LLP
2550 M St., NW
Washington, DC 20037
(202) 457-6000
jschryber@pattonboggs.com
*Attorneys for Plaintiffs*