MIE 310 Order of Reference to a Magistrate Judge Rev. 3/98

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOHN ACKER, et al.,

        Plaintiff(s),

v.

DOEREN MAYHEW & CO., et al.,

        Defendant(s),
_____/

Case Number:  08-11261 and
                09-13140

Honorable Arthur J. Tarnow

Magistrate Judge Mark Randon

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge Mark Randon for the following purpose(s):

■ **Hearing and Determination pursuant to (28 USC 636 (b)(1)(A)) on:**
Plaintiffs' Motion to Compel Discovery from David Findling

S/ARTHUR J. TARNOW
Arthur J. Tarnow
United States District Judge

Dated:  November 9, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 9, 2009, by electronic and/or ordinary mail.

S/THERESA E. TAYLOR
Case Manager