## UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JOHN ACKER, et al, and
WILLIAM BIRCHFIELD, *et al*.

        Plaintiffs,

vs.

DOEREN MAYHEW & COMPANY,
PROFESSIONAL CORPORATION d/b/a
DOEREN MAYHEW, TODD R. FOX,
JAMES P. O'RILLEY, JOANN FOX,
NANCY O'RILLEY, and SAMJACK
INVESTMENTS, INC.,

        Defendants.

Consolidated Case No. 2:08-cv-11261

Honorable Arthur Tarnow

**MOTION FOR ENTRY OF ORDER TO SHOW CAUSE**

---

John L. Oberdorfer (Admitted to EDMI)
Theodore Sonde (Admission Pending)
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000

R. Christopher Cataldo  (P39353)
Jaffe, Raitt, Heuer & Weiss, PC
27777 Franklin Road, Suite 2500
Southfield, MI  48034
(248) 351-3000

Scott L. Silver
Blum & Silver, LLP
12540 West Atlantic Blvd.
Coral Springs, FL 33071
(954) 255-8181

*Attorneys for Plaintiffs*

110471

**MOTION FOR ENTRY OF ORDER TO SHOW CAUSE**

Plaintiffs, by and through their undersigned counsel, respectfully move this Court to enter the proposed Order to Show Cause (the "Order") submitted herewith.  Counsel for Defendants consent to this motion, and the entry of the proposed Order.

Plaintiffs' Counsel submits that issuance of the proposed Order will promote the ultimate disposition of this case.

Plaintiffs' Counsel represents that it has the best known addresses for the Unsigned Plaintiffs. Upon entry of the proposed Order, Plaintiffs' Counsel will send the Order to the best known addresses of each of the Unsigned Plaintiffs via certified mail, return receipt requested.  Plaintiffs' Counsel will also employ other reasonable means to deliver the Order to each Unsigned Plaintiff.

DATED: June 3, 2011

Respectfully submitted,

PATTON BOGGS LLP

*s /John Oberdorfer*
John L. Oberdorfer
Theodore Sonde
2550 M St., NW
Washington, DC 20037
(202) 457-6000
joberdorfer@pattonboggs.com

R. Christopher Cataldo  (P39353)
Jaffe, Raitt, Heuer & Weiss, PC
27777 Franklin Rd., Ste. 2500
Southfield, Michigan 48034
(248) 351-3000
ccataldo@jaffelaw.com

Scott L. Silver, Esq.
Blum & Silver, LLP
12540 West Atlantic Blvd.
Coral Springs, FL 33071
(954) 255-8181
silver@stockattorneys.com

*Attorneys for Plaintiffs*

110471

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2011, a true and correct copy of Plaintiffs' Motion for Entry of Order to Show Cause was served through filing the above with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel, including counsel for the defendants, Dennis M. Haffey at dhaffey@dykema.com, Benjamin W. Jeffers at bjeffers@dykema.com, and Scott T. Seabolt at sseabolt@foley.com.

        *s/ Andrew J. McNally*
Andrew J. McNally (admitted to EDMI)
Patton Boggs LLP
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07302
(973) 848-5600
amcnally@pattonboggs.com

*Attorneys for Plaintiffs*

110471