**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

J<small>OHN</small> A<small>CKER</small> et al.,                                               Case No.        08-11261

        Plaintiffs,                                            Honorable Arthur J. Tarnow

v.

D<small>OEREN</small> M<small>AYHEW</small> & C<small>OMPANY</small>
P<small>ROFESSIONAL</small> C<small>ORPORATION</small> et al.,

        Defendants.
_____/

## JUDGMENT

    In accordance with the Order of Dismissal entered,

    IT IS ORDERED AND ADJUDGED that this case shall be DISMISSED.

    Dated at Detroit, Michigan, this 6th day of June, 2011.

                DAVID J. WEAVER
                CLERK OF THE COURT

                BY: s/Shawntel Jackson
                     Deputy Clerk

Approved:

                S/ARTHUR  J. TARNOW
                ARTHUR J. TARNOW
                United States Senior District Judge

    I hereby certify that a copy of the foregoing document was served upon counsel of record on July 6, 2011, by electronic and/or ordinary mail.

                s/Shawntel R. Jackson
                Case Manager